# Interim Order Exhibit B

Case 21-12228   Doc 11-3   Filed 10/27/21   Entered 10/27/21 14:38:57   Desc
Proposed Interim Order - Ex B   Page 2 of 2

*Preliminary Draft - Confidential*

**Golden Fleece Beverages, Inc.**
**Cash Receipts and Payments**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending: | 29-Oct-21 | 5-Nov-21 | 12-Nov-21 | 19-Nov-21 | 26-Nov-21 | 3-Dec-21 | 10-Dec-21 | 17-Dec-21 | 24-Dec-21 | 31-Dec-21 | 7-Jan-22 | 14-Jan-22 | 21-Jan-22 |
| Shopify Receipts | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| CPG Receipts (Walgreens) | - | - | - | - | - | - | 760,945 | 18,593 | - | 42,965 | 45,980 | 45,980 | 45,980 |
| CPG Receipts (Kwik Trip) | - | - | - | - | 28,482 | - | - | - | - | - | - | - | - |
| CPG Receipts (Other) | - | 14,689 | - | 1,970 | 14,815 | - | - | - | 9,100 | 5,715 | - | - | - |
| Licensing Receipts | 2,438 | 16,968 | 3,960 | 16,278 | 7,238 | 10,490 | 3,084 | 7,056 | 5,916 | 10,490 | 3,084 | 7,056 | 7,056 |
| DIP Loan | 145,000 | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | 147,688 | 31,907 | 4,210 | 18,498 | 50,785 | 10,740 | 764,279 | 25,900 | 15,266 | 59,420 | 49,314 | 53,286 | 53,286 |
| | | | | | | | | | | | | | |
| Payroll (6 Employees) | - | 24,000 | - | 24,000 | - | 24,000 | - | 24,000 | - | - | 24,000 | - | 24,000 |
| Commission Payout | - | - | - | - | - | 440 | - | 21,045 | - | - | 2,258 | - | - |
| SS Tax Deferral Repayment | - | - | - | - | - | - | - | - | - | 6,494 | - | - | - |
| Expense Report Estimates | - | 19,869 | - | - | - | - | 6,275 | - | - | - | 6,275 | - | - |
| CPG Production | 19,000 | - | - | - | 12,675 | - | 86,600 | - | 40,000 | - | - | - | - |
| Retail Production | - | - | - | - | - | - | - | 13,640 | - | - | - | - | - |
| Warehousing | 375 | 375 | 375 | 375 | 375 | 2,175 | 375 | 375 | 375 | 375 | 2,175 | 375 | 375 |
| Transportation | 8,000 | 10,000 | 10,000 | 10,000 | - | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| Chapter 11 DIP Professionals | 70,000 | - | - | - | - | - | 100,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 |
| Insurance (Health & Business) | - | 452 | 2,355 | 1,834 | - | 452 | - | 4,189 | - | - | 452 | 3,418 | 3,418 |
| Storage | - | 972 | - | - | - | 972 | - | - | - | - | 972 | - | - |
| G&A | - | 2,000 | - | - | - | 2,000 | - | - | - | - | 2,000 | - | - |
| Retail | - | - | - | 2,000 | - | 2,000 | - | 2,000 | - | 2,000 | - | 2,000 | 2,000 |
| Taxes (Franchise & Sales) | - | - | - | - | - | - | 1,124 | - | - | - | - | - | - |
| Cure Amounts | - | - | - | - | - | - | 49,303 | 15,026 | 29,248 | 21,416 | - | 35,846 | - |
| DIP Loan Repayment | - | - | - | - | - | - | 145,000 | - | - | - | - | - | - |
| Bank/CC Fees | 150 | - | - | - | - | 100 | - | - | - | - | 50 | - | - |
| **Total Payments** | 97,525 | 57,668 | 12,730 | 38,209 | 13,050 | 42,139 | 398,677 | 115,275 | 104,623 | 65,285 | 73,182 | 76,639 | 64,793 |
| | | | | | | | | | | | | | |
| **Net Flow** | 50,163 | (25,761) | (8,520) | (19,711) | 37,735 | (31,399) | 365,602 | (89,376) | (89,357) | (5,865) | (23,868) | (23,352) | (11,506) |
| | | | | | | | | | | | | | |
| **Balance** | 50,163 | 24,402 | 15,881 | (3,830) | 33,905 | 2,506 | 368,108 | 278,732 | 189,375 | 183,510 | 159,642 | 136,289 | 124,783 |

**Assumptions**

*\*CPG Receipts*
Kwik Trip receipt targeted at Day 30, but this may be aggressive. Associated customer deduction is an assumption made based on past practice.

Walgreens receipt targeted at Day 45, but this may be aggressive. Line item accounts for associated customer deduction credits totaling $224,267.36.

Payments/escrows showing as paid/deposited in Week 7 to be paid/deposited sooner if CPG Receipts are paid to Debtor sooner.

*\*Licensing Receipts*
Assumes business revenue consistent with previous months

*\*Retail*
Estimates $2,000 in expenses to purchase goods (branded paper/plastics)

*\*Expense Report Estimates*
Payments represent reimbursement of expenses advanced on behalf of the Debtor and submitted for reimbursement in the ordinary course. These include both: (a) customary charges for travel, lodging, and meals; and (b) certain online software platform subscriptions, overnight service charges, and freight charges paid on the Debtor's behalf using individual credit cards when no other method of payment is accepted within the necessary timeframe.

*\*Chapter 11 DIP Professionals*
To be paid to escrow account only; actual payments permitted only upon Bankruptcy Court approval.

*\*Cure Amounts*
Payment of cure amounts assumes approval of planned motions to assume and counterparties agreeing to payment plans.