**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 (Subchapter V) |
| | ) | |
| **Golden Fleece Beverages, Inc.,** | ) | Case No. 21-12228 |
| | ) | |
| | ) | Hon. David D. Cleary |
| Debtor. | ) | |

**SUPPLEMENTAL DECLARATION OF STEVEN DALLAS IN SUPPORT OF THE OBJECTION OF 550 ST. CLAIR RETAIL ASSOCIATES, LLC TO DEBTOR'S EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING THE DEBTOR TO INCUR POSTPETITION DEBT**

I, Steven Dallas, declare under penalty of perjury that:

1. I am counsel of record to 550 St. Clair Retail Associates, LLC ("**550 St. Clair**") in the matter styled *550 St. Clair Retail Associates, LLC v. Argo Tea, Inc., et al.*, case number 2016 CH 02547 ("**State Court Litigation**"), currently pending before the Circuit Court of Cook County, Illinois, County Department, Law Division.  Attached to this Declaration, a list of which is below, are true and correct copies of documents filed or submitted in the State Court Litigation.

    A. Emergency Petition to Intervene and Unfreeze Assets filed by Golden Fleece Beverages, Inc. ("**Golden Fleece**").

    B. Plaintiff/Creditor's Response to Petition to Intervene and Unfreeze Assets Filed by Golden Fleece.

    C. Order entered by the Circuit Court dated July 26, 2021, granting the request of Golden Fleece to intervene in the State Court Litigation and denying the request of Golden Fleece to unfreeze the accounts receivable held by Walgreens and dismiss the citation to discover assets issued by 550 St. Clair as to any assets of Golden Fleece.

Further affiant sayeth naught.

By: /s Steven M. Dallas
    Steven M. Dallas

Steven M. Dallas, Esq.
Email: stevend@rfd-law.com

Regas, Frezados & Dallas LLP
20 N. Clark Street, Suite 1103
Chicago, IL 60602
Phone:  (312) 236-4400