UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| GOLDEN FLEECE BEVERAGES, INC., | ) | CASE NO. 21-12228 |
| | ) | |
| | ) | HONORABLE DAVID D. CLEARY |
| DEBTOR | ) | |

**NOTICE OF OBJECTION**

To: See Attached List

PLEASE TAKE NOTICE that the United States Trustee has an objection to and respectfully requests to be heard on the following motion:

(i) Debtor's Motion for Administrative Order Establishing Interim Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Dkt. #25]

previously noticed for hearing on November 17, 2021, at 10:00 a.m. before the Honorable David D. Cleary.

RESPECTFULLY SUBMITTED:

PATRICK S. LAYNG
U. S. TRUSTEE

*/s/ Jeffrey L. Gansberg*
Jeffrey L. Gansberg, Attorney
OFFICE OF THE U.S. TRUSTEE
219 South Dearborn Street, Room 873
Chicago, Illinois 60604
(312) 886-3327

# CERTIFICATE OF SERVICE

I, Jeffrey L. Gansberg, Trial Attorney, certify that on November 12, 2021, pursuant to Local Rule 9013-1(D), the **NOTICE OF OBJECTION** was filed and served on all parties via the Court's Electronic Notice for Registrants, as indicated on the service list below.

/s/ *Jeffrey L. Gansberg*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice For Registrants**

- **Steven Mena Dallas**   stevend@rfd-law.com
- **Jonathan P Friedland**   jfriedland@sfgh.com, bkdocket@sfgh.com
- **Matthew T. Gensburg**   MGensburg@gcklegal.com
- **E. Philip Groben**   pgroben@gcklegal.com, bcervantes@gcklegal.com,rrodriguez@gcklegal.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Mark Melickian**   mmelickian@sfgh.com, joconnor@sfgh.com;mbrandess@sfgh.com;bkdocket@sfgh.com;bkdocket@sfgh.com
- **Kathryn C Nadro**   knadro@sfgh.com, bkdocket@sfgh.com
- **John R O'Connor**   joconnor@sfgh.com, bkdocket@sfgh.com
- **Peter J Roberts**   proberts@cozen.com, peter-roberts-1301@ecf.pacerpro.com;cknez@cozen.com
- **Neema T Varghese**   nvarghese@nvconsultingservices.com