**Fill in this information to identify the case:**

Debtor name **Golden Fleece Beverages, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) **21-12228**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Chase Bank | Checking | 1879 | $3,134.42 |
| 3.2. | Chase Bank | Checking | 6529 | $3,983.82 |
| 3.3. | Chase Bank | Checking | 6237 | $0.00 |
| 3.4. | Chase Bank | Checking | 6552 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $7,118.24 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Golden Fleece Beverages, Inc.**                                                     Case number *(If known)* **21-12228**
                Name

7.    **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

       8.1.    **Prepaid Expenses - see attached schedule**                                                    $14,743.68

       _____

                 **Prepaid Insurance:**
                 **1. Cyber Policy**
                 **2. D&O Policy**
       8.2.    **3. Property/GL/Umbrella**                                                                       $12,216.12

       _____

9.    **Total of Part 2.**                                                                          | **$26,959.80** |
       Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
| --- | --- |

10.   **Does the debtor have any accounts receivable?**

       ☐ No.  Go to Part 4.
       ☑ Yes Fill in the information below.

11.    **Accounts receivable**

       11a. 90 days old or less:        881,541.20        -            0.00      = ....        $881,541.20
                                                 face amount                    doubtful or uncollectible accounts

       11b. Over 90 days old:          320,906.72        -            0.00      =....         $320,906.72
                                                 face amount                    doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                         | **$1,202,447.92** |
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

13.   **Does the debtor own any investments?**

       ☑ No.  Go to Part 5.
       ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18.   **Does the debtor own any inventory (excluding agriculture assets)?**

       ☐ No.  Go to Part 6.
       ☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19.    **Raw materials** **Flavors, Sweeteners, Juices** | | $160,627.08 | moving average | $160,627.08 |

| Debtor | **Golden Fleece Beverages, Inc.** | Case number *(If known)* **21-12228** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| | **Bulk teas, Sachets, Loose Teas, Bubbles** | | $251,279.80 | moving average | $251,279.80 |

| 20. | **Work in progress** **Packaging** | | $269,474.88 | moving average | $269,474.88 |
|---|---|---|---|---|---|

| 21. | **Finished goods, including goods held for resale** **Ready to Drink and Bag** **in a Box** | | $221,563.34 | moving average | $221,563.34 |
|---|---|---|---|---|---|

22.    **Other inventory or supplies**

23.    **Total of Part 5.**

      Add lines 19 through 22.  Copy the total to line 84.

               **$902,945.10**

24.    **Is any of the property listed in Part 5 perishable?**

      ☐ No

      ■ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

      ☐ No

      ■ Yes. Book value      **0.00** Valuation method    **cost**    Current Value    **2,724.54**

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

      ■ No

      ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.

    ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.

    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** **Assorted desks, chairs & file cabinets** | $1,513.05 | Book Value | $1,513.05 |

40.    **Office fixtures**

| Debtor | **Golden Fleece Beverages, Inc.** | Case number *(If known)* **21-12228** |
|---|---|---|
| | Name | |

**Retail Store Equipment consisting of:**
**2 upright refrigerators**
**2 upright freezers**
**Baking Oven**
**Warming Oven**
**Undercounter refrigerator**
**Undercounter Freezer**
**BIB station**
**Pastry Case**
**Prep Table**
**Espresso Machine**
**Steamwand**
**Coffee Brewer**
**Coffee Grinder**
**Tea Varietal Shelf**
**4 TV's/Menu Boards**

| | | |
|---|---|---|
| **Two register systems** | **$41,515.15** | Book Value |  **$41,515.15** |

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
|---|---|---|---|---|
| | **2 POS Terminals, 1 Terminal Printer, 1 Office Printer, Network Equipment** | **$5,504.23** | Book Value | **$5,504.23** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 43. | **Total of Part 7.** | **$48,532.43** |
|---|---|---|
| | Add lines 39 through 42. Copy the total to line 86. | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Golden Fleece Beverages, Inc.**    Case number *(If known)*  **21-12228**
_____
Name

| Production Line Equipment (change parts for use in bottling product); Cap Mold (used to produce proprietary bottle cap) | $124,375.00 | Book Value | $124,375.00 |
|---|---|---|---|

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| | $124,375.00 |
|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **See attached schedule - GFB Trademarks & Patents** | **$0.00** | | **Unknown** |
| 61. **Internet domain names and websites** **argotea.com, argo-central.com, argo-central.net, teappuccino.com, argoteastore.com, teamembers.com, goldenfleecebeverages.com** | **$0.00** | | **$0.00** |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Golden Fleece Beverages, Inc.** | Case number *(If known)* | **21-12228** |
|---|---|---|---|
| | Name | | |

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

  ■ No
  ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

  ■ No
  ☐ Yes

| Part 11: | **All other assets** |
|---|---|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
  Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ☐ No. Go to Part 12.
  ■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>**Illinois Department of Revenue- overpayment of payroll tax**  Tax year **2020** | **$29,093.82** |
| 73. | **Interests in insurance policies or annuities**<br>**United Healthcare - group health, vision and dental coverage**<br>**Nationwide Management - D& O coverage**<br>**Liberty Mutual Insurance - Workers Compensation, General Liability, Property, and Commercial Umbrella Coverage**<br>**Nationwide - Business and Management Indemnity Policy**<br>**Guardian - Accident and Life Insurance**<br>**Beazley - Cyber** | **$0.00** |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

78.  **Total of Part 11.**

  Add lines 71 through 77. Copy the total to line 90.

  | **$29,093.82** |
  |---|

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

  ■ No
  ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **Golden Fleece Beverages, Inc.**                                    Case number *(If known)* **21-12228**
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $7,118.24 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $26,959.80 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,202,447.92 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $902,945.10 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $48,532.43 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $124,375.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $29,093.82 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,341,472.31 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,341,472.31 |

**Fill in this information to identify the case:**

Debtor name **Golden Fleece Beverages, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) **21-12228**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br><br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **550 St. Clair Retail Assoc, LLC**<br>Creditor's Name<br><br>**c/o Erika L Kruse (reg'd agent)**<br>**28755 W Harvest Glen Cir**<br>**Cary, IL 60013**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |

Describe the lien

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$0.00**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Regas, Frezados & Dallas LLP**<br>**c/o Peter G. Frezados**<br>**20 North Clark Street, Suite 1103**<br>**Chicago, IL 60602** | Line **2.1** | |

**Fill in this information to identify the case:**

Debtor name       **Golden Fleece Beverages, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    **21-12228**

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---------|---------------------------------------------------|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,000.00** | **$4,000.00** |
|---|---|---|---|---|

| **Candace MacLeod** | *Check all that apply.* |
| **250 E Pearson St. #1601** | ☐ Contingent |
| **Chicago, IL 60611** | ☐ Unliquidated |
|  | ☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)
                                        ☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

| **Candace MacLeod** | *Check all that apply.* |
| **250 E Pearson St. #1601** | ■ Contingent |
| **Chicago, IL 60611** | ■ Unliquidated |
|  | ☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Commissions**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)
                                        ☐ Yes

| Debtor | **Golden Fleece Beverages, Inc.** | | Case number (if known) | **21-12228** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,987.74 | $12,987.74 |
|---|---|---|---|---|

**Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2020**

Basis for the claim:
**Social Security Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $373.99 | $373.99 |
|---|---|---|---|---|

**Illinois Department of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL 62794-9035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2020/2021**

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,439.56 | $2,439.56 |
|---|---|---|---|---|

**Illinois Department of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL 62794-9035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2020**

Basis for the claim:
**Franchise Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,833.34 | $2,833.34 |
|---|---|---|---|---|

**Jacqueline Powers
5442 W Dakin Street
Chicago, IL 60641**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Golden Fleece Beverages, Inc.** | Case number (if known) | **21-12228** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $575.00 | $575.00 |
|---|---|---|---|---|

**Karleigh Santry**
**452 W Oakdale**
**Apt 403**
**Chicago, IL 60647**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,833.34 | $2,833.34 |
|---|---|---|---|---|

**Kimberly Cook**
**N76W15455 Prairie Lane**
**Menomonee Falls, WI 53051**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,749.98 | $4,749.98 |
|---|---|---|---|---|

**Matthew Dickman**
**1306 E Michelle Drive**
**Phoenix, AZ 85022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,333.34 | $3,333.34 |
|---|---|---|---|---|

**Peter Kazanas**
**1137 Jeanne Court**
**Crown Point, IN 46307**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Golden Fleece Beverages, Inc.** | | Case number (if known) | **21-12228** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|
| 2.11 | **Peter Kazanas**<br>**1137 Jeanne Court**<br>**Crown Point, IN 46307** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Commissions** |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,530.00** | **$1,530.00** |
|---|---|---|---|---|
| | **Shelbi Vantrease**<br>**3329 W Schubert**<br>**Apt 1**<br>**Chicago, IL 60647** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,333.34** | **$2,333.34** |
|---|---|---|---|---|
| | **Simon Simonyan**<br>**211 E Ohio Street**<br>**Apt 1620**<br>**Chicago, IL 60601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$305.59** |
|---|---|---|---|
| | **Accurate Printing**<br>**4749 W 136th Street**<br>**Midlothian, IL 60445** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51,415.00** |
|---|---|---|---|
| | **Alexander, Winton & Associates Inc**<br>**Attn: M Anthony Mangini**<br>**6515 Goodman Rd #4**<br>**Olive Branch, MS 38654** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Golden Fleece Beverages, Inc.** | | Case number (if known) | **21-12228** |
|---|---|---|---|---|
| | Name | | | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Argo Tea, Inc.**
**1 E Erie St**
**Suite 525-2530**
**Chicago, IL 60611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,232.00 |
|---|---|---|---|

**Arrive Logistics**
**7701 Metropolis Drive**
**Bldg 15**
**Austin, TX 78744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $38,375.00 |
|---|---|---|---|

**Arrow Trans**
**2001 Estes Ave**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,680.19 |
|---|---|---|---|

**Beitler**
**2150 Roswell Drive**
**Pittsburgh, PA 15205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Beyer Insurance Agency**
**70 E Lake Street**
**#1015**
**Chicago, IL 60601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,400.00 |
|---|---|---|---|

**Brandfolder**
**3501 Wazee Street**
**Suite 300**
**Denver, CO 80216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30,325.92 |
|---|---|---|---|

**C.H. Robinson Company, Inc.**
**14701 Charlson Road**
**Eden Prairie, MN 55347**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Golden Fleece Beverages, Inc.** | Case number (if known) | **21-12228** |
|---|---|---|---|
| | Name | | |

---

**3.10** | Nonpriority creditor's name and mailing address
**Clark Hill PLC**
901 Main Street
Suite 6000
Dallas, TX 75202

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$9,139.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address
**Clutch Global Logistics**
555 Waters Edge
Suite 150
Lombard, IL 60148

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$22,543.42**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address
**Coyote Logistics**
2545 W Diversey Ave
Chicago, IL 60647

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$40,520.46**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address
**Delaware State Treasury**
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address
**DevTech PET, Inc**
12 Howe Drive
Amherst, NH 03031

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$9,950.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address
**FGS, Inc**
5 Earl Court
Suite 160
Woodridge, IL 60517

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$2,245.22**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address
**First Insurance Funding**
450 Skokie Blvd
Ste 100
Northbrook, IL 60062

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$6,375.54**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Golden Fleece Beverages, Inc.** | Case number (*if known*) | **21-12228** |
|---|---|---|---|
| | Name | | |

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,797.10** |
|---|---|---|---|

**First Logistics Management Svc.**
**11859 S Central Ave**
**Alsip, IL 60803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,972.84** |
|---|---|---|---|

**Foodarom Group Inc.**
**5525 West 1730 South**
**Suite 202**
**Salt Lake City, UT 84104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,300.00** |
|---|---|---|---|

**Fox Logistics**
**2252 Landmeier Road**
**Suite A**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$130.00** |
|---|---|---|---|

**Genius Central Systems, Inc.**
**2025 Lakewood Ranch Blvd**
**Suite 202**
**Brandenton, FL 34211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Glen Tullman, As Administrative Agent**
**250 E Pearson Street #1205**
**Chicago, IL 60611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice pupposes only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$128,494.08** |
|---|---|---|---|

**Global Plastics**
**6739 Guion Road**
**Indianapolis, IN 46268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Golenbock Eiseman Assor Bell, et al**
**711 3rd Ave**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Golden Fleece Beverages, Inc.** | | Case number (if known) | **21-12228** |
|---|---|---|---|---|
| | Name | | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gordon Food Service, Inc.**
**1300 Gezon Parkway SW**
**PO Box 2244**
**Grand Rapids, MI 49501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,702.89 |
|---|---|---|---|

**Greco and Sons**
**1500 Hecht Road**
**Bartlett, IL 60103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Halssen & Lyon GMBH c/o**
**Kaplan Saunders Valente & Beninati**
**500 N Dearborn St. 2nd FL**
**Chicago, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,472.25 |
|---|---|---|---|

**iD Commerce + Logistics**
**27 Main Street**
**Suite C-3038**
**Edwards, CO 81632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**IL Dept of Employment Security**
**Benefit Payment Control Division**
**P O Box 4385**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Illinois Attorney General**
**Attn: Bankruptcy**
**100 West Randolph StreetChicago**
** IL 60601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,743.63 |
|---|---|---|---|

**Imperial Bag & Paper Co.**
**255 Route 1 & 9**
**Jersey City, NJ 07306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Golden Fleece Beverages, Inc.** | Case number (if known) | **21-12228** |
|---|---|---|---|
| | Name | | |

---

**3.31** | Nonpriority creditor's name and mailing address
**Information Resources, Inc.**
203 N LaSalle Street
Suite 1500
Chicago, IL 60601

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$6,500.00**

---

**3.32** | Nonpriority creditor's name and mailing address
**Innovative Energy Solutions**
P.O. Box 232
Dana Point, CA 92629

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.33** | Nonpriority creditor's name and mailing address
**JPMorgan Chase Bank, N.A.**
Attn: Bankruptcy
P.O. Box 6185
Westerville, OH 43086

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.34** | Nonpriority creditor's name and mailing address
**Kwik Trip, Inc.**
c/o CT Corp (reg'd agent)
208 S LaSalle St #814
Chicago, IL 60604

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.35** | Nonpriority creditor's name and mailing address
**Labels Unlimited**
3400 W 48th Place
Chicago, IL 60632

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$312.15**

---

**3.36** | Nonpriority creditor's name and mailing address
**Levenfeld Pearlstein**
2 N LaSalle Street
Suite 1300
Chicago, IL 60602

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal fees**

Is the claim subject to offset? ☑ No ☐ Yes

**$31,329.50**

---

**3.37** | Nonpriority creditor's name and mailing address
**Liberty Mutual Insurance**
175 Berkeley Street
Boston, MA 02116

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ☑ No ☐ Yes

**$3,086.04**

---

| Debtor | **Golden Fleece Beverages, Inc.** | | Case number (if known) | **21-12228** |
|---|---|---|---|---|
| | Name | | | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,778.00** |
|---|---|---|---|

**Lion Logistics**
**100 Bryn Mawr Ave**
**Bensenville, IL 60106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,020.00** |
|---|---|---|---|

**Mono GmbH**
**Industriestra 5, 40822**
**Mettmann**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Nextway Trucking Company**
**7004 W 82nd Street**
**Burbank, IL 60459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Novack and Macey LLP**
**c/o Mitchell L. Marinello**
**100 N Riverside Plaza #1500**
**Chicago, IL 60606**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175,488.55** |
|---|---|---|---|

**O-I Packaging Solutions**
**5200 Tennyson Pkwy**
**Suite 100**
**Plano, TX 75024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Peak, LLC, as Representative**
**170 West Shirley Avenue**
**Suite 207**
**Warrenton, VA 20186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,999.00** |
|---|---|---|---|

**RWB Trucking, LLC**
**15326 Park Station Blvd**
**Orland Park, IL 60462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Golden Fleece Beverages, Inc.** | | Case number (*if known*) | **21-12228** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$900.00** |
|---|---|---|---|

**Sath Inc.**
**125 W Central Road**
**Schaumburg, IL 60195**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,015.09** |
|---|---|---|---|

**Shiphero**
**6736 Tilghman Street**
**Allentown, PA 18106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60,702.90** |
|---|---|---|---|

**Sleeve Seal**
**14000 Dineen Drive**
**Little Rock, AR 72206**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Small Business Administration**
**Tom Jackson, Branch Counsel**
**511 W Capitol St Suite 302**
**Springfield, IL 62704**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Social Security Administration**
**Great Lakes Program Service Center**
**600 W Madison St, ATTN: OAS 10th Fl**
**Chicago, IL 60661**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$154,324.30** |
|---|---|---|---|

**Stapleton Spence Packing Co.**
**1900 Hwy 99**
**Gridley, CA 95948**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17,674.09** |
|---|---|---|---|

**SYSCO**
**1390 Enclave Pkwy**
**Houston, TX 77077**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Golden Fleece Beverages, Inc.** | | Case number (if known) | **21-12228** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $90,154.17 |
|---|---|---|---|
| | **Tate & Lyle Food & Beverage Solutions**<br>**2200 E Eldorado Street**<br>**Decatur, IL 62521** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $119,036.06 |
|---|---|---|---|
| | **Total Quality Logistics**<br>**700 Butterfield Road**<br>**Suite 250**<br>**Lombard, IL 60148** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,720.18 |
|---|---|---|---|
| | **TransGroup Global Logistics**<br>**860 Devon Avenue**<br>**Bensenville, IL 60106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,610.00 |
|---|---|---|---|
| | **Uber Freight LLC**<br>**1455 Market St**<br>**4th Fl**<br>**San Francisco, CA 94103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,840.00 |
|---|---|---|---|
| | **Union of Orthodox Jewish Cong**<br>**11 Broadway**<br>**13th Floor**<br>**New York, NY 10004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Varilease Finance, Inc.**<br>**6340 South 300 East**<br>**Suite 400**<br>**Salt Lake City, UT 84121** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $72,162.15 |
|---|---|---|---|
| | **Verizon Media Inc.**<br>**14010 FNB Parkway**<br>**Omaha, NE 68154** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Golden Fleece Beverages, Inc.** | Case number (if known) | **21-12228** |
|---|---|---|---|
| | Name | | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,231.68 |
|---|---|---|---|

**Veterans Truck Line, Inc.**
**800 Blackhawk Drive**
**Burlington, WI 53105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Walgreens**
**1901 E Voorhees MS 670**
**Danville, IL 61834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Notice purposes only__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WFC Fund, LLC**
**2020 West 89th Street**
**Suite 200**
**Leawood, KS 66206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Notice Purposes Only__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $290,213.38 |
|---|---|---|---|

**Wilson Sonsini Goodrich & Rosati PC**
**650 Page Mill Road**
**Palo Alto, CA 94304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Legal fees__

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **A&G Law LLC**<br>**Attn: Robert Andalman**<br>**542 South Dearborn St 10th Floor**<br>**Chicago, IL 60605** | Line  **3.60**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Kwik Trip, Inc.**<br>**PO Box 2107**<br>**La Crosse, WI 54603** | Line  **3.34**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Rauch-Milliken International, Inc**<br>**c/o Illinois Corp Service Co**<br>**801 Adlai Stevenson Dr**<br>**Springfield, IL 62703** | Line  **3.25**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Teller Levit & Silvertrust P.C.**<br>**19 S. LaSalle St., Suite 701**<br>**Chicago, IL 60603** | Line  **3.24**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

| Debtor | **Golden Fleece Beverages, Inc.** | Case number (if known) | **21-12228** |
|---|---|---|---|
| | Name | | |

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **37,989.63** |
| **5b. Total claims from Part 2** | 5b. + | $ | **1,523,917.37** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **1,561,907.00** |

**Fill in this information to identify the case:**

Debtor name      **Golden Fleece Beverages, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    **21-12228**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Licensing Agreement** | |
| | State the term remaining | **49 months** | **Aramark Food & Support Svcs Group**<br>**1101 Market St.**<br>**Philadelphia, PA 19107** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Licensing Agreement** | |
| | State the term remaining | **68 months** | **Argo Tea Korea/Argo Tea Korea Co LT**<br>**432, Yeoksam-ro, Gangnam-gu**<br>**Seoul, 06200**<br>**Korea** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Licensing Agreement** | |
| | State the term remaining | **28 months** | **Compass Group USA, Inc**<br>**2400 Yorkmont Road**<br>**Charlotte, NC 28217** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Agreement** | |
| | State the term remaining | | **Dora's Naturals**<br>**21 Empire Blvd**<br>**South Hackensack, NJ 07060-6000** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Golden Fleece Beverages, Inc.** | | | Case number *(if known)* | **21-12228** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Warehouse and fulfillment contract** | |
|---|---|---|---|
| | State the term remaining | | **First Logistics Management Svc.** |
| | List the contract number of any government contract | | **11859 S Central Ave** **Alsip, IL 60803** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Licensing Agreement and Transition Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **1.5 years** | **Hera Retail LLC** |
| | List the contract number of any government contract | | **31515 Beechwood Dr** **Warren, MI 48088** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Agreement** | |
|---|---|---|---|
| | State the term remaining | | **KeHe** |
| | List the contract number of any government contract | | **1245 E. Diehl Road #200** **Naperville, IL 60563** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Kwik Trip, Inc.** |
| | List the contract number of any government contract | | **PO Box 2107** **La Crosse, WI 54603** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Lipari** |
| | List the contract number of any government contract | | **PO Box 748** **Warren, MI 48089** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Load King** |
| | List the contract number of any | | **1357 W Beaver St** **Jacksonville, FL 32209** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1    **Golden Fleece Beverages, Inc.**
   First Name   Middle Name   Last Name

Case number *(if known)*   **21-12228**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | | |
|---|---|---|
| | government contract | |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest | **Customer Agreement** | |
| State the term remaining | | **McLane** |
| List the contract number of any government contract | | **4747 McLane Parkway Temple, TX 76504** |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest | **Supply Agreement** | |
| State the term remaining | **29 months** | **O-I Packaging Solutions** |
| List the contract number of any government contract | | **5200 Tennyson Pkwy Suite 100 Plano, TX 75024** |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest | **Licensing Agreement** | |
| State the term remaining | **various** | **Sodexo Managment, Inc** |
| List the contract number of any government contract | | **9801 Washingtonian Blvd Gaithersburg, MD 20878** |
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest | **Supply Agreement** | |
| State the term remaining | **1 month** | **Tate & Lyle Ingredients America LLC** |
| List the contract number of any government contract | | **2200 E. Eldorado St Decatur, IL 62525** |
| **2.15.** State what the contract or lease is for and the nature of the debtor's interest | **Customer Agreement** | |
| State the term remaining | | **United Natural Foods, Inc** |
| List the contract number of any government contract | | **313 Iron Horse Way Providence, RI 02908** |
| **2.16.** State what the contract or lease is for and the nature of the debtor's interest | **Licensing Agreement** | **Univ of Western Ontario/Hosp Svc 1151 Richmond St. London, Ontario N6A 3K7 Canada** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Case 21-12228    Doc 71    Filed 11/29/21    Entered 11/29/21 11:09:37    Desc Main
Document     Page 26 of 48

Debtor 1   **Golden Fleece Beverages, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)   **21-12228**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | _____ |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Licensing Agreement** | |
|---|---|---|---|
| | State the term remaining | **7 months** | **University of MA Amherst**<br>**699 North Pleasant St**<br>**Amherst, MA 01003** |
| | List the contract number of any government contract | _____ | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Merchandise Vendor Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Walgreens**<br>**1901 E Voorhees MS 670**<br>**Danville, IL 61834** |
| | List the contract number of any government contract | _____ | |

**Fill in this information to identify the case:**

Debtor name  **Golden Fleece Beverages, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   **21-12228**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- | --- |
| **Name** | **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | City        State        Zip Code | | | |
| 2.2 _____ | Street _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | City        State        Zip Code | | | |
| 2.3 _____ | Street _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | City        State        Zip Code | | | |
| 2.4 _____ | Street _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | City        State        Zip Code | | | |

**Golden Fleece Beverages, Inc.**
**1460 - Prepaid Expenses**

| Vendor | Description | Amort Period | Orig Amount | 10/27/21 Bal |
|--------|-------------|--------------|------------:|-------------:|
| Sath | Monthly Fixed Fee | 10/1/21-10/31/21 | 900.00 | 900.00 |
| NACUFS | 2021 Annual Membership | 1/1/21-12/31/21 | 615.00 | 615.00 |
| Kwik Trip | Free Fill/Slotting Fee | 11/1/20-8/31/21 | 33,021.23 | 33,021.23 |
| Articulate | Annual License | 10/21/20-10/20/21 | 1,299.00 | 1,299.00 |
| GS1 | UPC Registration Annual Renewal | 2/1/21-1/31/22 | 1,100.00 | 1,100.00 |
| RangeMe | Annual Dues | 1/1/21-12/31/21 | 1,399.00 | 1,399.00 |
| NACS | 2021 Annual Membership | 1/1/21-12/31/21 | 733.33 | 733.33 |
| NACAS | Annual Membership | 2/18/21-2/28/22 | 1,000.00 | 1,000.00 |
| NACS | Booth Deposit - NACS Show 10/5/21 | 10/1/21-10/31/21 | 3,650.00 | 3,650.00 |
| Walgreens | GTGT Reset (2021) | 4/1/21-12/31/21 | 14,123.54 | 14,123.54 |
| UNFI-East | New Item Activiation (Q3 2021?) | 7/1/21-9/30/21 | 2,100.00 | 2,100.00 |
| TeamViewer | Annual License | 6/1/21-5/31/22 | 790.49 | 790.49 |
| Brandfolder | Cloud Storage (Mtkg, Photos, etc) | 7/21/21-7/20/22 | 8,400.00 | 8,400.00 |
| Bright Sign | (32) BSN Licenses | 8/1/21-7/31/22 | 1,920.00 | 1,920.00 |
| Expensify | Oct 2021 Fee | 10/1/21-10/31/21 | 126.00 | 126.00 |
| Capshare | Monthly Subscription | 10/1/21-10/31/22 | 84.00 | 84.00 |
| Klaviyo | Monthly Software Subscription | 10/1/21-10/31/23 | 163.50 | 163.50 |
| Google Domains | Monthly Subscription | 10/1/21-10/31/24 | 30.00 | 30.00 |
| Articulate | Annual License | 10/20/21-10/20/22 | 1,299.00 | 1,299.00 |
| Expensify | Oct 2021 Fee | 11/1/21-11/30/21 | 126.00 | 126.00 |
| Sath | Monthly Fixed Fee | 11/1/21-11/30/21 | 900.00 | 900.00 |
| | | | | 73,780.09 |

Schedule A/B #8.2

Golden Fleece Beverages, Inc.
14500000 - Prepaid Insurance

Balance as of 10/27/21:

**Beyer Insurance - Cyber Policy**
Total Premiums: 1,636.00
Policy Period: 9/1/21-9/1/22
Monthly Amort: 136.33

| Amort Period | Amount | Balance |
|---|---|---|
| Mar-21 | - | - |
| Apr-21 | - | - |
| May-21 | - | - |
| Jun-21 | - | - |
| Jul-21 | - | - |
| Aug-21 | - | - |
| Sep-21 | 136.33 | 1,499.67 |
| 10/27/21 | 122.70 | 1,376.97 |
| Nov-21 | 136.33 | 1,240.63 |
| Dec-21 | 136.33 | 1,104.30 |
| Jan-22 | 136.33 | 967.97 |
| Feb-22 | 136.33 | 831.63 |
| Mar-22 | 136.33 | 695.30 |
| Apr-22 | 136.33 | 558.97 |
| May-22 | 136.33 | 422.63 |
| Jun-22 | 136.33 | 286.30 |
| Jul-22 | 136.33 | 149.97 |
| Aug-22 | 136.33 | 13.63 |

**Beyer Insurance - D&O Policy**
Total Premiums: 9,595.00
Policy Period: 8/19/21-8/19/22
Monthly Amort: 799.58

| Amort Period | Amount | Balance |
|---|---|---|
| Mar-21 | - | |
| Apr-21 | - | |
| May-21 | - | |
| Jun-21 | - | |
| Jul-21 | - | |
| Aug-21 | 399.79 | 9,195.21 |
| Sep-21 | 799.58 | 8,395.63 |
| 10/27/21 | 719.63 | 7,676.00 |
| Nov-21 | 799.58 | 6,876.42 |
| Dec-21 | 799.58 | 6,076.83 |
| Jan-22 | 799.58 | 5,277.25 |
| Feb-22 | 799.58 | 4,477.67 |
| Mar-22 | 799.58 | 3,678.08 |
| Apr-22 | 799.58 | 2,878.50 |
| May-22 | 799.58 | 2,078.92 |
| Jun-22 | 799.58 | 1,279.33 |
| Jul-22 | 799.58 | 479.75 |
| Aug-22 | 399.79 | 79.96 |

**Liberty Mutual - Property/GL/Umbrella**
Total Premiums: 7,576.00
Policy Period: 2/17/21-2/17/22
Monthly Amort: 631.33

| Amort Period | Amount | Balance |
|---|---|---|
| Mar-21 | 631.33 | 6,944.67 |
| Apr-21 | 631.33 | 6,313.33 |
| May-21 | 631.33 | 5,682.00 |
| Jun-21 | 631.33 | 5,050.67 |
| Jul-21 | 631.33 | 4,419.33 |
| Aug-21 | 631.33 | 3,788.00 |
| Sep-21 | 631.33 | 3,156.67 |
| 10/27/21 | 568.20 | 2,588.47 |
| Nov-21 | 631.33 | 1,957.13 |
| Dec-21 | 631.33 | 1,325.80 |
| Jan-22 | 631.33 | 694.47 |
| Feb-22 | 631.33 | 63.13 |

**Liberty Mutual - Workers Comp**
Total Premiums: 1,682.00
Policy Period: 2/17/21-2/17/22
Monthly Amort: 140.17

| Amort Period | Amount | Balance |
|---|---|---|
| Mar-21 | 140.17 | 1,541.83 |
| Apr-21 | 140.17 | 1,401.67 |
| May-21 | 140.17 | 1,261.50 |
| Jun-21 | 140.17 | 1,121.33 |
| Jul-21 | 140.17 | 981.17 |
| Aug-21 | 140.17 | 841.00 |
| Sep-21 | 140.17 | 700.83 |
| 10/27/21 | 126.15 | 574.68 |
| Nov-21 | 140.17 | 434.52 |
| Dec-21 | 140.17 | 294.35 |
| Jan-22 | 140.17 | 154.18 |
| Feb-22 | 140.17 | 14.02 |

SCHEDULE A/B #11

| Customer Code | Customer Name | Blanket Agreement | Type | Doc. No. | Instal. | Posting Date | Due Date | BP Ref. No. | Balance Due | Future Remit | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | Consolidated BP Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C10211 | Compass Group NA | N/A | | | | | | | | | | | | | | |
| | | | JE | 10926 | 1 | 9/17/2021 | 9/17/2021 | Sep 2021 Royalty Fee | ($104.88) | | | ($104.88) | | | | |
| | | | IN | 3022 | 1 | 9/30/2021 | 10/30/2021 | 36868 | $1,996.44 | $1,996.44 | | | | | | Argo Tea - Stony Brook University |
| | | | IN | 3074 | 1 | 10/27/2021 | 11/26/2021 | 36868 | $109.50 | $109.50 | | | | | | Argo Tea - Stony Brook University |
| | | | IN | 3075 | 1 | 10/27/2021 | 11/26/2021 | 36871 | $197.16 | $197.16 | | | | | | Argo Tea - Stony Brook University |
| C10246 | UNFI - East | N/A | | | | | | | | | | | | | | |
| | | | IN | 3009 | 1 | 10/5/2021 | 11/4/2021 | 6508134 | $1,269.33 | $1,269.33 | | | | | | UNFI - Greenwood |
| | | | IN | 3042 | 1 | 10/15/2021 | 11/14/2021 | 6548689 | $1,969.92 | $1,969.92 | | | | | | UNFI - Hudson Valley Warehouse |
| C10254 | Aramark | N/A | | | | | | | | | | | | | | |
| | | | IN | 2983 | 1 | 9/29/2021 | 10/29/2021 | 36829 | $73.78 | $73.78 | | | | | | Argo Tea - Florida State University |
| | | | IN | 2985 | 1 | 9/30/2021 | 10/30/2021 | 36847 | $367.80 | $367.80 | | | | | | Argo Tea - Fordham |
| | | | IN | 2986 | 1 | 9/30/2021 | 10/30/2021 | 36856 | $313.47 | $313.47 | | | | | | Argo Tea - Fordham |
| | | | IN | 2987 | 1 | 9/30/2021 | 10/30/2021 | 36861 | $228.65 | $228.65 | | | | | | Argo Tea - Fordham |
| | | | IN | 2988 | 1 | 9/30/2021 | 10/30/2021 | 36862 | $145.03 | $145.03 | | | | | | Argo Tea - Fordham |
| | | | IN | 2989 | 1 | 9/30/2021 | 10/30/2021 | 36865 | $89.70 | $89.70 | | | | | | Argo Tea - Fordham |
| | | | IN | 3039 | 1 | 10/14/2021 | 11/13/2021 | 36864 | $101.54 | $101.54 | | | | | | Argo Tea - Fordham |
| | | | IN | 3040 | 1 | 10/14/2021 | 11/13/2021 | 36873 | $125.25 | $125.25 | | | | | | Argo Tea - Florida State University |
| | | | IN | 3063 | 1 | 10/26/2021 | 11/25/2021 | 36883 | $259.48 | $259.48 | | | | | | Argo Tea - Florida State University |
| | | | IN | 3064 | 1 | 10/26/2021 | 11/25/2021 | 36884 | $231.06 | $231.06 | | | | | | Argo Tea - Florida State University |
| | | | IN | 3067 | 1 | 10/27/2021 | 11/26/2021 | 36878 | $134.02 | $134.02 | | | | | | Argo Tea - Fordham |
| C10324 | Walgreens | N/A | | | | | | | | | | | | | | |
| | | | IN | 2466 | 1 | 4/27/2021 | 6/26/2021 | 12436457 | $6,324.48 | | | | | | $6,324.48 | Walgreens - Moreno Valley |
| | | | IN | 2468 | 1 | 4/27/2021 | 6/26/2021 | 37436457 | $5,270.40 | | | | | | $5,270.40 | Walgreens - Dayville |
| | | | IN | 2476 | 1 | 4/29/2021 | 6/28/2021 | 8436457 | $6,324.48 | | | | | | $6,324.48 | Walgreens - Mt.Vernon |
| | | | IN | 2477 | 1 | 4/29/2021 | 6/28/2021 | 6436457 | $6,324.48 | | | | | | $6,324.48 | Walgreens - Woodland |
| | | | IN | 2478 | 1 | 4/29/2021 | 6/28/2021 | 4508632129 | $9,486.72 | | | | | | $9,486.72 | Walgreens - Houston |
| | | | IN | 2485 | 1 | 5/3/2021 | 7/2/2021 | 6439379 | $6,324.48 | | | | | $6,324.48 | | Walgreens - Woodland |
| | | | IN | 2486 | 1 | 5/3/2021 | 7/2/2021 | 3436457 | $7,905.60 | | | | | $7,905.60 | | Walgreens - Windsor |
| | | | IN | 2502 | 1 | 5/6/2021 | 7/5/2021 | 11439379 | $6,324.48 | | | | | $6,324.48 | | Walgreens - Perrysburg |
| | | | IN | 2503 | 1 | 5/6/2021 | 7/5/2021 | 12436457 | $6,324.48 | | | | | $6,324.48 | | Walgreens - Pendergras |
| | | | IN | 2504 | 1 | 5/6/2021 | 7/5/2021 | 4508845636 | $6,324.48 | | | | | $6,324.48 | | Walgreens - Houston |
| | | | IN | 2507 | 1 | 5/7/2021 | 7/6/2021 | 8439379 | $6,324.48 | | | | | $6,324.48 | | Walgreens - Mt.Vernon |
| | | | IN | 2508 | 1 | 5/7/2021 | 7/6/2021 | 40439379 | $7,481.04 | | | | | $7,481.04 | | Walgreens - Nazareth |
| | | | IN | 2509 | 1 | 5/7/2021 | 7/6/2021 | 342820 | $6,207.36 | | | | | $6,207.36 | | Walgreens - Windsor |
| | | | IN | 2518 | 1 | 5/10/2021 | 7/9/2021 | 11442820 | $11,067.84 | | | | | $11,067.84 | | Walgreens - Perrysburg |
| | | | IN | 2519 | 1 | 5/10/2021 | 7/9/2021 | 4508845695 | $7,905.60 | | | | | $7,905.60 | | Walgreens - Jupiter |
| | | | IN | 2520 | 1 | 5/10/2021 | 7/9/2021 | 40442820 | $7,905.60 | | | | | $7,905.60 | | Walgreens - Nazareth |
| | | | IN | 2521 | 1 | 5/10/2021 | 7/9/2021 | 12442820 | $7,905.60 | | | | | $7,905.60 | | Walgreens - Moreno Valley |
| | | | IN | 2524 | 1 | 5/11/2021 | 7/10/2021 | 4509072758 | $12,648.96 | | | | | $12,648.96 | | Walgreens - Houston |
| | | | IN | 2527 | 1 | 5/12/2021 | 7/11/2021 | 42442820 | $15,811.20 | | | | | $15,811.20 | | Walgreens - Pendergras |

SCHEDULE A/B #11

| Customer Code | Customer Name | Blanket Agreement | Type | Doc. No. | Instal | Posting Date | Due Date | BP Ref. No. | Balance Due | Future Remit | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | Consolidated BP Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | IN | 2532 | 1 | 5/14/2021 | 7/13/2021 | 8442820 | $6,324.48 | | | | | $6,324.48 | | Walgreens - Mt.Vernon |
| | | | IN | 2533 | 1 | 5/14/2021 | 7/15/2021 | 4509308825 | $6,324.48 | | | | | $6,324.48 | | Walgreens - Jupiter |
| | | | IN | 2534 | 1 | 5/14/2021 | 7/13/2021 | 4509308961 | $7,905.60 | | | | | $7,905.60 | | Walgreens - Houston |
| | | | IN | 2535 | 1 | 5/14/2021 | 7/13/2021 | 6446057 | $6,324.48 | | | | | $6,324.48 | | Walgreens - Woodland |
| | | | IN | 2537 | 1 | 5/14/2021 | 7/13/2021 | 8446057 | $9,486.72 | | | | | $9,486.72 | | Walgreens - Mt.Vernon |
| | | | IN | 2553 | 1 | 5/21/2021 | 7/20/2021 | 3446057 | $6,324.48 | | | | | $6,324.48 | | Walgreens - Windsor |
| | | | IN | 2554 | 1 | 5/21/2021 | 7/20/2021 | 3450432 | $6,324.48 | | | | | $6,324.48 | | Walgreens - Windsor |
| | | | IN | 2555 | 1 | 5/21/2021 | 7/20/2021 | 37450432 | $1,581.12 | | | | | $1,581.12 | | Walgreens - Dayville |
| | | | IN | 2558 | 1 | 5/24/2021 | 7/23/2021 | 11446057 | $6,324.48 | | | | | $6,324.48 | | Walgreens - Perrysburg |
| | | | IN | 2559 | 1 | 5/24/2021 | 7/23/2021 | 11450432 | $6,324.48 | | | | | $6,324.48 | | Walgreens - Perrysburg |
| | | | IN | 2560 | 1 | 5/24/2021 | 7/23/2021 | 40446057 | $6,324.48 | | | | | $6,324.48 | | Walgreens - Nazareth |
| | | | IN | 2561 | 1 | 5/24/2021 | 7/23/2021 | 40450432 | $6,324.48 | | | | | $6,324.48 | | Walgreens - Nazareth |
| | | | IN | 2562 | 1 | 5/24/2021 | 7/23/2021 | 11146687 | $1,054.08 | | | | | $1,054.08 | | Walgreens - Perrysburg |
| | | | IN | 2563 | 1 | 5/24/2021 | 7/23/2021 | 12450432 | $6,324.48 | | | | | $6,324.48 | | Walgreens - Moreno Valley |
| | | | IN | 2565 | 1 | 5/24/2021 | 7/23/2021 | 4509537507 | $6,324.48 | | | | | $6,324.48 | | Walgreens - Jupiter |
| | | | IN | 2566 | 1 | 5/25/2021 | 7/24/2021 | 4509537506 | $7,905.60 | | | | | $7,905.60 | | Walgreens - Houston |
| | | | IN | 2571 | 1 | 5/26/2021 | 7/25/2021 | 42446057 | $6,324.48 | | | | | $6,324.48 | | Walgreens - Pendergras |
| | | | IN | 2572 | 1 | 5/26/2021 | 7/25/2021 | 42450432 | $6,324.48 | | | | | $6,324.48 | | Walgreens - Pendergras |
| | | | IN | 2583 | 1 | 6/1/2021 | 7/31/2021 | 4509774896 | $6,324.48 | | | | $6,324.48 | | | Walgreens - Houston |
| | | | IN | 2584 | 1 | 6/1/2021 | 7/31/2021 | 6453887 | $6,324.48 | | | | $6,324.48 | | | Walgreens - Woodland |
| | | | IN | 2586 | 1 | 6/2/2021 | 8/1/2021 | 43453887 | $6,324.48 | | | | $6,324.48 | | | Walgreens - Orlando |
| | | | IN | 2592 | 1 | 6/3/2021 | 8/2/2021 | 42453887 | $6,324.48 | | | | $6,324.48 | | | Walgreens - Pendergras |
| | | | IN | 2593 | 1 | 6/3/2021 | 8/2/2021 | 3453887 | $6,324.48 | | | | $6,324.48 | | | Walgreens - Mt.Vernon |
| | | | IN | 2594 | 1 | 6/3/2021 | 8/2/2021 | 3453887 | $6,324.48 | | | | $6,324.48 | | | Walgreens - Windsor |
| | | | IN | 2595 | 1 | 6/3/2021 | 8/2/2021 | 37453887 | $6,324.48 | | | | $6,324.48 | | | Walgreens - Dayville |
| | | | IN | 2601 | 1 | 6/4/2021 | 8/3/2021 | 40453887 | $7,905.60 | | | | $7,905.60 | | | Walgreens - Nazareth |
| | | | IN | 2603 | 1 | 6/7/2021 | 8/6/2021 | 40457027 | $6,324.48 | | | | $6,324.48 | | | Walgreens - Nazareth |
| | | | IN | 2604 | 1 | 6/7/2021 | 8/6/2021 | 12457027 | $6,324.48 | | | | $6,324.48 | | | Walgreens - Moreno Valley |
| | | | IN | 2605 | 1 | 6/7/2021 | 8/6/2021 | 4509980764 | $9,486.72 | | | | $9,486.72 | | | Walgreens - Houston |
| | | | IN | 2608 | 1 | 6/8/2021 | 8/7/2021 | 8457027 | $6,324.48 | | | | $6,324.48 | | | Walgreens - Mt.Vernon |
| | | | IN | 2609 | 1 | 6/8/2021 | 8/7/2021 | 4509980776 | $6,324.48 | | | | $6,324.48 | | | Walgreens - Jupiter |
| | | | IN | 2618 | 1 | 6/11/2021 | 8/10/2021 | 8457615 | $6,324.48 | | | | $6,324.48 | | | Walgreens - Mt.Vernon |
| | | | IN | 2619 | 1 | 6/11/2021 | 8/10/2021 | 42457615 | $12,648.96 | | | | $12,648.96 | | | Walgreens - Pendergras |
| | | | IN | 2625 | 1 | 6/14/2021 | 8/13/2021 | 3457615 | $6,324.48 | | | | $6,324.48 | | | Walgreens - Windsor |
| | | | IN | 2626 | 1 | 6/14/2021 | 8/13/2021 | 3457027 | $6,324.48 | | | | $6,324.48 | | | Walgreens - Windsor |
| | | | IN | 2627 | 1 | 6/14/2021 | 8/13/2021 | 4510292174 | $6,324.48 | | | | $6,324.48 | | | Walgreens - Windsor |
| | | | IN | 2628 | 1 | 6/14/2021 | 8/13/2021 | 4060739 | $6,324.48 | | | | $6,324.48 | | | Walgreens - Nazareth |
| | | | IN | 2629 | 1 | 6/14/2021 | 8/13/2021 | 40457615 | $9,486.72 | | | | $9,486.72 | | | Walgreens - Nazareth |
| | | | IN | 2630 | 1 | 6/14/2021 | 8/13/2021 | 12457615 | $6,324.48 | | | | $6,324.48 | | | Walgreens - Moreno Valley |
| | | | IN | 2634 | 1 | 6/14/2021 | 8/13/2021 | 6457615 | $6,324.48 | | | | $6,324.48 | | | Walgreens - Woodland |
| | | | IN | 2635 | 1 | 6/14/2021 | 8/13/2021 | 4457615 | $6,324.48 | | | | $6,324.48 | | | Walgreens - Orlando |
| | | | IN | 2636 | 1 | 6/14/2021 | 8/14/2021 | 4460739 | $6,324.48 | | | | $6,324.48 | | | Walgreens - Orlando |
| | | | IN | 2637 | 1 | 6/15/2021 | 8/14/2021 | 4510324100 | $6,324.48 | | | | $6,324.48 | | | Walgreens - Jupiter |
| | | | IN | 2638 | 1 | 6/15/2021 | 8/14/2021 | 4510292210 | $6,324.48 | | | | $6,324.48 | | | Walgreens - Jupiter |

55213385_1.xlsx

SCHEDULE A/B #11

| Customer Code | Customer Name | Blanket Agreement | Type | Doc. No. | Install | Posting Date | Due Date | BP Ref. No. | Balance Due | Future Remit | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | Consolidated BP Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | IN | 2644 | 1 | 6/17/2021 | 8/16/2021 | 11457027 | $6,324.48 | | | | $6,324.48 | | | Walgreens - Perrysburg |
| | | | IN | 2645 | 1 | 6/17/2021 | 8/16/2021 | 11453887 | $7,905.60 | | | | $7,905.60 | | | Walgreens - Perrysburg |
| | | | IN | 2646 | 1 | 6/17/2021 | 8/16/2021 | 11457615 | $6,324.48 | | | | $6,324.48 | | | Walgreens - Perrysburg |
| | | | IN | 2654 | 1 | 6/23/2021 | 8/22/2021 | 4510292095 | $6,324.48 | | | | $6,324.48 | | | Walgreens - Perrysburg |
| | | | IN | 2655 | 1 | 6/23/2021 | 8/22/2021 | 4510632652 | $6,324.48 | | | | $6,324.48 | | | Walgreens - Perrysburg |
| | | | IN | 2657 | 1 | 6/24/2021 | 8/23/2021 | 37463703 | $6,324.48 | | | | $6,324.48 | | | Walgreens - Dayville |
| | | | IN | 2661 | 1 | 6/25/2021 | 8/24/2021 | 4510773087 | $6,324.48 | | | | $6,324.48 | | | Walgreens - Perrysburg |
| | | | IN | 2663 | 1 | 6/25/2021 | 8/24/2021 | 8466636 | $6,324.48 | | | | $6,324.48 | | | Walgreens - Mt.Vernon |
| | | | IN | 2664 | 1 | 6/25/2021 | 8/24/2021 | 40463703 | $7,905.60 | | | | $7,905.60 | | | Walgreens - Nazareth |
| | | | IN | 2665 | 1 | 6/25/2021 | 8/24/2021 | 4510522642 | $12,648.96 | | | | $12,648.96 | | | Walgreens - Pendergras |
| | | | IN | 2666 | 1 | 6/25/2021 | 8/28/2021 | 4510522569 | $6,324.48 | | | $6,324.48 | | | | Walgreens - Moreno Valley |
| | | | IN | 2675 | 1 | 6/29/2021 | 8/28/2021 | 4510773366 | $6,324.48 | | | $6,324.48 | | | | Walgreens - Woodland |
| | | | IN | 2676 | 1 | 6/29/2021 | 8/28/2021 | 4510773070 | $6,324.48 | | | $6,324.48 | | | | Walgreens - Pendergras |
| | | | IN | 2677 | 1 | 6/29/2021 | 8/28/2021 | 4510522570 | $7,905.60 | | | $7,905.60 | | | | Walgreens - Houston |
| | | | IN | 2678 | 1 | 6/29/2021 | 8/28/2021 | 4510773372 | $6,324.48 | | | $6,324.48 | | | | Walgreens - Houston |
| | | | IN | 2679 | 1 | 6/29/2021 | 8/28/2021 | 4510773330 | $6,324.48 | | | $6,324.48 | | | | Walgreens - Windsor |
| | | | IN | 2691 | 1 | 7/6/2021 | 9/4/2021 | 4511033057 | $6,324.48 | | | $6,324.48 | | | | Walgreens - Perrysburg |
| | | | IN | 2692 | 1 | 7/6/2021 | 9/4/2021 | 4511033286 | $7,905.60 | | | $7,905.60 | | | | Walgreens - Jupiter |
| | | | IN | 2693 | 1 | 7/6/2021 | 9/4/2021 | 4511033149 | $6,324.48 | | | $6,324.48 | | | | Walgreens - Pendergras |
| | | | IN | 2694 | 1 | 7/6/2021 | 9/4/2021 | 4511033148 | $7,905.60 | | | $7,905.60 | | | | Walgreens - Moreno Valley |
| | | | IN | 2696 | 1 | 7/7/2021 | 9/5/2021 | 8470000 | $7,905.60 | | | $7,905.60 | | | | Walgreens - Mt.Vernon |
| | | | IN | 2697 | 1 | 7/7/2021 | 9/5/2021 | 4511033237 | $6,324.48 | | | $6,324.48 | | | | Walgreens - Windsor |
| | | | IN | 2708 | 1 | 7/12/2021 | 9/10/2021 | 4511255727 | $6,324.48 | | | $6,324.48 | | | | Walgreens - Woodland |
| | | | IN | 2717 | 1 | 7/15/2021 | 9/13/2021 | 4511255771 | $9,486.72 | | | $9,486.72 | | | | Walgreens - Nazareth |
| | | | IN | 2718 | 1 | 7/15/2021 | 9/13/2021 | 4511255653 | $6,324.48 | | | $6,324.48 | | | | Walgreens - Moreno Valley |
| | | | IN | 2719 | 1 | 7/15/2021 | 9/13/2021 | 4511501588 | $6,324.48 | | | $6,324.48 | | | | Walgreens - Moreno Valley |
| | | | IN | 2723 | 1 | 7/16/2021 | 9/14/2021 | 4511255704 | $6,324.48 | | | $6,324.48 | | | | Walgreens - Perrysburg |
| | | | IN | 2724 | 1 | 7/16/2021 | 9/14/2021 | 4511255733 | $6,324.48 | | | $6,324.48 | | | | Walgreens - Windsor |
| | | | IN | 2725 | 1 | 7/16/2021 | 9/17/2021 | 4511501645 | $6,324.48 | | | $6,324.48 | | | | Walgreens - Windsor |
| | | | IN | 2726 | 1 | 7/19/2021 | 9/17/2021 | 4511255713 | $6,324.48 | | | $6,324.48 | | | | Walgreens - Houston |
| | | | IN | 2727 | 1 | 7/19/2021 | 9/17/2021 | 4511501589 | $6,324.48 | | | $6,324.48 | | | | Walgreens - Houston |
| | | | IN | 2729 | 1 | 7/20/2021 | 9/18/2021 | 8475082 | $6,324.48 | | | $6,324.48 | | | | Walgreens - Mt.Vernon |
| | | | IN | 2733 | 1 | 7/23/2021 | 9/21/2021 | 8001117 | $3,162.24 | | | $3,162.24 | | | | Walgreens - Mt.Vernon |
| | | | IN | 2734 | 1 | 7/23/2021 | 9/21/2021 | 4511733819 | $6,324.48 | | | $6,324.48 | | | | Walgreens - Pendergras |
| | | | IN | 2735 | 1 | 7/23/2021 | 9/21/2021 | 4511733895 | $6,324.48 | | | $6,324.48 | | | | Walgreens - Perrysburg |
| | | | IN | 2741 | 1 | 7/26/2021 | 9/24/2021 | 4511733873 | $6,324.48 | | | $6,324.48 | | | | Walgreens - Houston |
| | | | IN | 2742 | 1 | 7/26/2021 | 9/24/2021 | 4511733975 | $6,324.48 | | | $6,324.48 | | | | Walgreens - Woodland |
| | | | IN | 2743 | 1 | 7/26/2021 | 9/24/2021 | 4511733857 | $6,324.48 | | | $6,324.48 | | | | Walgreens - Jupiter |

55213385_1.xlsx

SCHEDULE A/B #11

| Customer Code | Customer Name | Blanket Agreement | Type | Doc. No. | Instal | Posting Date | Due Date | BP Ref. No. | Balance Due | Future Remit | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | Consolidated BP Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | IN | 2747 | 1 | 7/27/2021 | 9/25/2021 | 4511733904 | $5,358.24 | | | $5,358.24 | | | | Walgreens - Nazareth |
| | | | IN | 2760 | 1 | 7/28/2021 | 9/28/2021 | 4511976584 | $7,803.12 | | $7,803.12 | | | | | Walgreens - Jupiter |
| | | | IN | 2761 | 1 | 7/30/2021 | 9/30/2021 | 4511976553 | $6,324.48 | | $6,324.48 | | | | | Walgreens - Windsor |
| | | | IN | 2762 | 1 | 7/30/2021 | 9/28/2021 | 4511976507 | $6,324.48 | | $6,324.48 | | | | | Walgreens - Perryburg |
| | | | IN | 2775 | 1 | 8/2/2021 | 10/1/2021 | 8480276 | $6,324.48 | | $6,324.48 | | | | | Walgreens - Moreno Valley |
| | | | IN | 2776 | 1 | 8/2/2021 | 10/1/2021 | 4511976450 | $6,324.48 | | $6,324.48 | | | | | Walgreens - Moreno Valley |
| | | | IN | 2777 | 1 | 8/2/2021 | 10/1/2021 | 4511976555 | $6,324.48 | | $6,324.48 | | | | | Walgreens - Nazareth |
| | | | IN | 2778 | 1 | 8/2/2021 | 10/1/2021 | 4511976536 | $6,324.48 | | $6,324.48 | | | | | Walgreens - Woodland |
| | | | IN | 2825 | 1 | 8/19/2021 | 10/18/2021 | 4512240401 | $6,324.48 | | $6,324.48 | | | | | Walgreens - Dayville |
| | | | IN | 2828 | 1 | 8/20/2021 | 10/19/2021 | 4512240365 | $6,324.48 | | $6,324.48 | | | | | Walgreens - Houston |
| | | | IN | 2829 | 1 | 8/20/2021 | 10/19/2021 | 4512457769 | $6,324.48 | | $6,324.48 | | | | | Walgreens - Houston |
| | | | IN | 2830 | 1 | 8/20/2021 | 10/19/2021 | 4512240332 | $6,324.48 | | $6,324.48 | | | | | Walgreens - Perryburg |
| | | | IN | 2831 | 1 | 8/20/2021 | 10/19/2021 | 4512457791 | $6,324.48 | | $6,324.48 | | | | | Walgreens - Perryburg |
| | | | IN | 2833 | 1 | 8/20/2021 | 10/19/2021 | 4512457793 | $6,324.48 | | $6,324.48 | | | | | Walgreens - Nazareth |
| | | | IN | 2834 | 1 | 8/20/2021 | 10/19/2021 | 4512240445 | $6,324.48 | | $6,324.48 | | | | | Walgreens - Nazareth |
| | | | IN | 2859 | 1 | 8/31/2021 | 10/30/2021 | 4512457693 | $7,905.60 | $7,905.60 | | | | | | Walgreens - Moreno Valley |
| | | | IN | 2860 | 1 | 8/31/2021 | 10/30/2021 | 4512457858 | $6,324.48 | $6,324.48 | | | | | | Walgreens - Windsor |
| | | | IN | 2861 | 1 | 8/31/2021 | 10/30/2021 | 4512901840 | $6,324.48 | $6,324.48 | | | | | | Walgreens - Windsor |
| | | | IN | 2862 | 1 | 8/31/2021 | 10/30/2021 | 4512680108 | $6,324.48 | $6,324.48 | | | | | | Walgreens - Moreno Valley |
| | | | IN | 2863 | 1 | 8/31/2021 | 10/30/2021 | 4512680272 | $7,905.60 | $7,905.60 | | | | | | Walgreens - Woodland |
| | | | IN | 2864 | 1 | 8/31/2021 | 10/30/2021 | 4512457907 | $6,324.48 | $6,324.48 | | | | | | Walgreens - Jupiter |
| | | | IN | 2865 | 1 | 8/31/2021 | 10/30/2021 | 4512901933 | $7,905.60 | $7,905.60 | | | | | | Walgreens - Jupiter |
| | | | IN | 2868 | 1 | 9/1/2021 | 10/31/2021 | 4512680150 | $7,905.60 | $7,905.60 | | | | | | Walgreens - Nazareth |
| | | | IN | 2869 | 1 | 9/1/2021 | 10/31/2021 | 4512680098 | $6,324.48 | $6,324.48 | | | | | | Walgreens - Perryburg |
| | | | IN | 2872 | 1 | 9/1/2021 | 10/31/2021 | 4512457759 | $6,324.48 | $6,324.48 | | | | | | Walgreens - Pendergras |
| | | | IN | 2873 | 1 | 9/3/2021 | 10/31/2021 | 4512901775 | $6,324.48 | $6,324.48 | | | | | | Walgreens - Mt.Vernon |
| | | | IN | 2888 | 1 | 9/3/2021 | 11/2/2021 | 4512901925 | $6,324.48 | $6,324.48 | | | | | | Walgreens - Mt.Vernon |
| | | | IN | 2889 | 1 | 9/3/2021 | 11/2/2021 | 4512680207 | $6,324.48 | $6,324.48 | | | | | | Walgreens - Mt.Vernon |
| | | | IN | 2903 | 1 | 9/8/2021 | 11/7/2021 | 4512901813 | $7,905.60 | $7,905.60 | | | | | | Walgreens - Houston |
| | | | IN | 2922 | 1 | 9/14/2021 | 11/13/2021 | 4513120474 | $7,905.60 | $7,905.60 | | | | | | Walgreens - Pendergras |
| | | | IN | 2923 | 1 | 9/14/2021 | 11/13/2021 | 4513347267 | $6,324.48 | $6,324.48 | | | | | | Walgreens - Pendergras |
| | | | IN | 2924 | 1 | 9/14/2021 | 11/13/2021 | 4513120337 | $9,486.72 | $9,486.72 | | | | | | Walgreens - Houston |
| | | | IN | 2925 | 1 | 9/14/2021 | 11/13/2021 | 4513347259 | $6,324.48 | $6,324.48 | | | | | | Walgreens - Houston |
| | | | IN | 2926 | 1 | 9/14/2021 | 11/13/2021 | 4513120223 | $9,486.72 | $9,486.72 | | | | | | Walgreens - Perryburg |
| | | | IN | 2927 | 1 | 9/14/2021 | 11/13/2021 | 4513347210 | $6,324.48 | $6,324.48 | | | | | | Walgreens - Perryburg |
| | | | IN | 2928 | 1 | 9/14/2021 | 11/13/2021 | 4513347360 | $7,905.60 | $7,905.60 | | | | | | Walgreens - Mt Vernon |
| | | | IN | 2929 | 1 | 9/14/2021 | 11/13/2021 | 4513120859 | $6,324.48 | $6,324.48 | | | | | | Walgreens - Mt.Vernon |
| | | | IN | 2934 | 1 | 9/16/2021 | 11/15/2021 | 4513120675 | $9,486.72 | $9,486.72 | | | | | | Walgreens - Windsor |
| | | | IN | 2953 | 1 | 9/20/2021 | 11/19/2021 | 4513120341 | $7,905.60 | $7,905.60 | | | | | | Walgreens - Nazareth |
| | | | IN | 2954 | 1 | 9/20/2021 | 11/19/2021 | 4513590006 | $7,905.60 | $7,905.60 | | | | | | Walgreens - Nazareth |
| | | | IN | 2955 | 1 | 9/20/2021 | 11/19/2021 | 4513120227 | $7,905.60 | $7,905.60 | | | | | | Walgreens - Moreno Valley |

SCHEDULE A/B #11

| Customer Code | Customer Name | Blanket Agreement | Type | Doc. No. | Instal | Posting Date | Due Date | BP Ref. No. | Balance Due | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | Future Remit | Consolidated BP Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | IN | 2956 | 1 | 9/20/2021 | 11/19/2021 | 4513589888 | $6,324.48 | | | | | | $6,324.48 | Walgreens - Moreno Valley |
| | | | IN | 2957 | 1 | 9/20/2021 | 11/19/2021 | 4513120850 | $6,324.48 | | | | | | $6,324.48 | Walgreens - Woodland |
| | | | IN | 2958 | 1 | 9/20/2021 | 11/19/2021 | 4513590396 | $6,324.48 | | | | | | $6,324.48 | Walgreens - Woodland |
| | | | IN | 2959 | 1 | 9/20/2021 | 11/19/2021 | 4513347333 | $6,324.48 | | | | | | $6,324.48 | Walgreens - Jupiter |
| | | | IN | 2960 | 1 | 9/20/2021 | 11/19/2021 | 4513589987 | $15,811.20 | | | | | | $15,811.20 | Walgreens - Perrysburg |
| | | | IN | 3010 | 1 | 10/5/2021 | 12/4/2021 | 4513827431 | $6,324.48 | | | | | | $6,324.48 | Walgreens - Moreno Valley |
| | | | IN | 3011 | 1 | 10/5/2021 | 12/4/2021 | 4514071399 | $7,905.60 | | | | | | $7,905.60 | Walgreens - Moreno Valley |
| | | | IN | 3034 | 1 | 10/12/2021 | 12/11/2021 | 4514071911 | $6,324.48 | | | | | | $6,324.48 | Walgreens - Woodland |
| | | | IN | 3044 | 1 | 10/15/2021 | 12/14/2021 | 4513827360 | $6,324.48 | | | | | | $6,324.48 | Walgreens - Houston |
| | | | IN | 3045 | 1 | 10/15/2021 | 12/14/2021 | 4514071604 | $6,324.48 | | | | | | $6,324.48 | Walgreens - Houston |
| | | | IN | 3076 | 1 | 10/15/2021 | 12/14/2021 | 4514295619 | $6,791.04 | | | | | | $6,791.04 | Walgreens - Houston |
| C10363 | Argo Tea - Stapleton Spence Packing Co. | N/A | IN | 1770 | 1 | 10/14/2020 | 10/14/2020 | 1030 | $769.81 | | | | | $769.81 | | |
| | | | IN | 1771 | 1 | 10/14/2020 | 10/14/2020 | 1042 | $1,108.82 | | | | | $1,108.82 | | |
| | | | CN | 1102 | 1 | 9/1/2020 | 9/1/2020 | 1003 | ($1,054.01) | | | | | ($1,054.01) | | |
| | | | CN | 1779 | 1 | 9/1/2020 | 9/1/2020 | 1002 | $257.10 | | | | | $257.10 | | |
| | | | IN | 1780 | 1 | 9/1/2020 | 9/1/2020 | 1013 | $1,386.35 | | | | | $1,386.35 | | |
| | | | IN | 1781 | 1 | 9/1/2020 | 9/1/2020 | 1014 | $447.72 | | | | | $447.72 | | |
| | | | IN | 1782 | 1 | 9/1/2020 | 9/1/2020 | 1015 | $514.87 | | | | | $514.87 | | |
| | | | IN | 1783 | 1 | 9/1/2020 | 9/1/2020 | 1024 | $343.77 | | | | | $343.77 | | |
| | | | CN | 1103 | 1 | 9/1/2020 | 9/1/2020 | 1025 | ($1,479.46) | | | | | ($1,479.46) | | |
| | | | IN | 1784 | 1 | 9/1/2020 | 9/1/2020 | 1026 | $209.49 | | | | | $209.49 | | |
| | | | IN | 1785 | 1 | 9/1/2020 | 9/1/2020 | 1027 | $424.45 | | | | | $424.45 | | |
| | | | CN | 1131 | 1 | 9/1/2020 | 9/1/2020 | 1041 | ($2,771.10) | | | | | ($2,771.10) | | |
| | | | IN | 1992 | 1 | 9/1/2020 | 9/1/2020 | 1046 | $1,221.94 | | | | | $1,221.94 | | |
| | | | IN | 1994 | 1 | 1/12/2021 | 1/12/2021 | 1043 | $1,006.15 | | | | | $1,006.15 | | |
| | | | IN | 2111 | 1 | 1/21/2021 | 1/21/2021 | 1044 | $2,173.84 | | | | | $2,173.84 | | |
| | | | IN | 2118 | 1 | 1/22/2021 | 1/22/2021 | 1045 | $2,147.98 | | | | | $2,147.98 | | |
| | | | IN | 2237 | 1 | 3/1/2021 | 3/1/2021 | 1061 | $2,073.23 | | | | | $2,073.23 | | |
| | | | IN | 2238 | 1 | 3/1/2021 | 3/1/2021 | 1070 | $1,099.77 | | | | | $1,099.77 | | |
| | | | IN | 2272 | 1 | 3/9/2021 | 3/9/2021 | 1047 | $43.71 | | | | | $43.71 | | |
| | | | IN | 2273 | 1 | 3/9/2021 | 3/9/2021 | 1048 | $2,383.83 | | | | | $2,383.83 | | |
| | | | IN | 2274 | 1 | 3/9/2021 | 3/9/2021 | 1053 | $1,170.91 | | | | | $1,170.91 | | |
| | | | IN | 2275 | 1 | 3/9/2021 | 3/9/2021 | 1071 | $2,265.40 | | | | | $2,265.40 | | |
| | | | IN | 2291 | 1 | 3/15/2021 | 4/14/2021 | 1051 | $2,471.92 | | | | | $2,471.92 | | |
| | | | IN | 2334 | 1 | 3/24/2021 | 3/24/2021 | 1052 | $1,738.98 | | | | | $1,738.98 | | |
| | | | IN | 2338 | 1 | 3/25/2021 | 3/25/2021 | 1060 | $5,151.91 | | | | | $5,151.91 | | |
| | | | IN | 2399 | 1 | 3/25/2021 | 3/25/2021 | 1049 | $2,691.90 | | | | | $2,691.90 | | |
| | | | IN | 2425 | 1 | 4/16/2021 | 4/16/2021 | 1057 | $960.23 | | | | | $960.23 | | |
| | | | IN | 2430 | 1 | 4/19/2021 | 4/19/2021 | 1056 | $331.69 | | | | | $331.69 | | |
| | | | IN | 2435 | 1 | 4/20/2021 | 4/20/2021 | 1059 | $4,231.21 | | | | | $4,231.21 | | |
| | | | IN | 2436 | 1 | 4/20/2021 | 4/20/2021 | 1065 | $785.30 | | | | | $785.30 | | |
| | | | IN | 2542 | 1 | 5/18/2021 | 5/18/2021 | 1083 | $75.55 | | | | | $75.55 | | |
| | | | IN | 2543 | 1 | 6/1/2021 | 6/1/2021 | 1064 | $573.14 | | | | | $573.14 | | |
| | | | IN | 2585 | 1 | 6/11/2021 | 6/11/2021 | 1063 | $2,393.82 | | | | | $2,393.82 | | |
| | | | IN | 2621 | 1 | 6/14/2021 | 6/14/2021 | 1066 | $571.78 | | | | | $571.78 | | |
| | | | IN | 2631 | 1 | 6/14/2021 | 6/14/2021 | 1067 | $915.48 | | | | | $915.48 | | |
| | | | IN | 2639 | 1 | 6/14/2021 | 6/14/2021 | 1073 | $1,843.57 | | | | | $1,843.57 | | |
| | | | IN | 2682 | 1 | 7/1/2021 | 7/1/2021 | 1072 | $455.30 | | | | | $455.30 | | |
| | | | IN | 2683 | 1 | 7/1/2021 | 7/1/2021 | 1075 | $1,858.83 | | | | $1,858.83 | | | |
| | | | IN | 2684 | 1 | 7/1/2021 | 7/1/2021 | 1094 | $1,352.24 | | | | $1,352.24 | | | |
| | | | IN | 2709 | 1 | 7/12/2021 | 7/12/2021 | 1095 | $228.23 | | | | $228.23 | | | |
| | | | IN | | 1 | 7/12/2021 | 7/12/2021 | | $497.35 | | | | $497.35 | | | |

SCHEDULE A/B #11

| Customer Code | Customer Name | Blanket Agreement | Type | Doc. No. | Instal | Posting Date | Due Date | BP Ref. No. | Balance Due | Future Remit | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | Consolidated BP Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C11861 | Lipari Foods | | IN | 2803 | 1 | 8/11/2021 | 8/11/2021 | 1085 | $3,015.71 | | | | $3,015.71 | | | |
| | | | IN | 2807 | 1 | 8/12/2021 | 8/12/2021 | 1088 | $1,692.30 | | | | $1,692.30 | | | |
| | | | IN | 2891 | 1 | 9/3/2021 | 9/3/2021 | 1092 | $796.25 | | | $796.25 | | | | |
| C11927 | Sodexo, Inc & Affiliates | N/A | IN | 3043 | 1 | 10/15/2021 | 11/14/2021 | 1952991 | $5,715.36 | $5,715.36 | | | | | | |
| | | | IN | 1124 | 1 | 4/1/2020 | 4/1/2020 | 36392 | $272.11 | | | | | | $272.11 | Argo Tea - USPTO |
| | | | IN | 1163 | 1 | 4/1/2020 | 4/1/2020 | 35120 | $123.43 | | | | | | $123.43 | Argo Tea - USPTO |
| | | | IN | 1164 | 1 | 4/1/2020 | 4/1/2020 | 35210 | $46.50 | | | | | | $46.50 | Argo Tea - USPTO |
| | | | CN | 1012 | 1 | 3/19/2020 | 3/19/2020 | CM 8745 | ($572.27) | | | | | | ($572.27) | Argo Tea - USPTO |
| | | | IN | 2999 | 1 | 10/4/2021 | 11/3/2021 | 36828 | $233.90 | $233.90 | | | | | | Argo Tea - Liberty University |
| | | | IN | 3000 | 1 | 10/4/2021 | 11/3/2021 | 36830 | $1,463.21 | $1,463.21 | | | | | | Argo Tea - Liberty University |
| | | | IN | 9001 | 1 | 10/4/2021 | 11/3/2021 | 36831 | $76.65 | $76.65 | | | | | | Argo Tea - Liberty University |
| | | | IN | 3002 | 1 | 10/4/2021 | 11/3/2021 | 36842 | $542.93 | $542.93 | | | | | | Argo Tea - Liberty University |
| | | | IN | 3003 | 1 | 10/4/2021 | 11/3/2021 | 36849 | $100.81 | $100.81 | | | | | | Argo Tea - Liberty University |
| | | | IN | 3004 | 1 | 10/4/2021 | 11/3/2021 | 36857 | $988.68 | $988.68 | | | | | | Argo Tea - Liberty University |
| | | | IN | 3037 | 1 | 10/13/2021 | 11/12/2021 | 36875 | $757.80 | $757.80 | | | | | | Argo Tea - Liberty University |
| | | | IN | 3058 | 1 | 10/25/2021 | 11/24/2021 | 36870 | $492.01 | $492.01 | | | | | | Argo Tea - SUNY Oneonta |
| | | | IN | 3059 | 1 | 10/25/2021 | 11/24/2021 | 36877 | $830.65 | $830.65 | | | | | | Argo Tea - SUNY Oneonta |
| | | | IN | 3061 | 1 | 10/26/2021 | 11/25/2021 | 36874 | $1,328.20 | $1,328.20 | | | | | | Argo Tea - Liberty University |
| | | | IN | 3062 | 1 | 10/26/2021 | 11/25/2021 | 36887 | $125.25 | $125.25 | | | | | | Argo Tea - Liberty University |
| C11956 | Kwik Trip, Inc | N/A | IN | 2744 | 1 | 7/26/2021 | 8/25/2021 | 4500022650 | $12,916.80 | | | | $12,916.80 | | | |
| | | | IN | 2824 | 1 | 8/17/2021 | 9/16/2021 | 4500024883 | $16,145.99 | | | $16,145.99 | | | | |
| C11989 | Argo Tea - U Mass Amherst | N/A | IN | 3032 | 1 | 10/12/2021 | 11/11/2021 | 36882 | $427.50 | $427.50 | | | | | | |
| | | | IN | 3033 | 1 | 10/12/2021 | 11/11/2021 | 36881 | $992.30 | $992.30 | | | | | | |
| | | | IN | 3048 | 1 | 10/15/2021 | 11/14/2021 | 36880 | $3,279.48 | $3,279.48 | | | | | | |
| C12149 | Argo Tea - Korea | N/A | JE | 8459 | 1 | 5/12/2021 | 5/12/2021 | | ($527.50) | | | | | | ($527.50) | |
| | | | IN | 2977 | 1 | 9/23/2021 | 11/22/2021 | | $122.99 | $122.99 | | | | | | |
| C12169 | Greco and Sons | N/A | IN | 1043 | 1 | 4/1/2020 | 4/1/2020 | 401212 | $4,366.93 | | | | | | $4,366.93 | |
| | | | IN | 1044 | 1 | 4/1/2020 | 4/1/2020 | 406316 | $4,169.30 | | | | | | $4,169.30 | |
| | | | IN | 1045 | 1 | 4/1/2020 | 4/1/2020 | 397856 | $2,673.89 | | | | | | $2,673.89 | |
| | | | IN | 1046 | 1 | 4/1/2020 | 4/1/2020 | 404801 | $1,925.27 | | | | | | $1,925.27 | |
| | | | IN | 1047 | 1 | 4/1/2020 | 4/1/2020 | 404095 | $1,221.84 | | | | | | $1,221.84 | |
| | | | IN | 1048 | 1 | 4/1/2020 | 4/1/2020 | 402177 | $973.08 | | | | | | $973.08 | |
| | | | IN | 1049 | 1 | 4/1/2020 | 4/1/2020 | 402405 | $18.02 | | | | | | $18.02 | |
| C12183 | Sysco | | IN | 2758 | 1 | 7/30/2021 | 8/29/2021 | 16311700 | $1,087.16 | | | $1,087.16 | | | | Sysco - Jacksonville |
| | | | IN | 2787 | 1 | 8/6/2021 | 9/5/2021 | 16311700-2 | $443.84 | | | $443.84 | | | | Sysco - Jacksonville |
| | | | IN | 2815 | 1 | 8/16/2021 | 9/15/2021 | 20737940 | $5,023.52 | | | $5,023.52 | | | | Sysco - Albany |

SCHEDULE A/B #11

| Customer Code | Customer Name | Blanket Agreement | Type | Doc. No. | Instal | Posting Date | Due Date | BP Ref. No. | Balance Due | Future Remit | 0-30 | 31-60 | 61-90 | 91-120 | 121+ | Consolidated BP Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | JE | 10535 | . | 9/15/2021 | 9/15/2021 | 22078670 | ($851.04) | | | ($851.04) | | | | Sysco - Metro NY |
| | | | IN | 3013 | 1 | 10/6/2021 | 11/5/2021 | 22078670 | $640.68 | $640.68 | | | | | | Sysco - Metro NY |
| | | | IN | 3014 | 1 | 10/6/2021 | 11/5/2021 | 22084810 | $1,220.60 | $1,220.60 | | | | | | Sysco - Metro NY |
| | | | IN | 3015 | 1 | 10/6/2021 | 11/5/2021 | 22057760 | $420.72 | $420.72 | | | | | | Sysco - Metro NY |
| | | | IN | 3016 | 1 | 10/6/2021 | 11/5/2021 | 20860180 | $6,477.58 | $6,477.58 | | | | | | Sysco - Albany |
| | | | IN | 3028 | 1 | 10/11/2021 | 11/10/2021 | 16463180 and 16585590 | $3,530.58 | $3,530.58 | | | | | | Sysco - Jacksonville |
| | | | IN | 3047 | 1 | 10/12/2021 | 11/11/2021 | 22700480 | $876.04 | $876.04 | | | | | | Sysco - Virginia |
| C12186 | Hera Retail LLC | N/A | IN | 3030 | 1 | 10/12/2021 | 11/11/2021 | 2417 | $512.70 | $512.70 | | | | | | |
| | | | | | | | | | | $11,870.90 | $90,911.86 | $104,590.97 | $258,847.35 | $284,540.11 | $90,357.51 | |

<30 days $881,541.20
>30 days $320,906.72

**Schedule A/B #19**

| Item No. | Description | Cumulative Qty | Cumulative Value | Shelf Life |
|---|---|---|---|---|
| 100002 | Apple Juice Concentrate (5 Gal/pail) | 6.40 | 151.67 | 3 years |
| 100205 | Lemon Juice Concentrate Clarified - 5 Gal/Pail (51LB/pail) | 2.54 | 119.04 | 3 years |
| 120228 | Lemon Juice Not From Concentrate 4.33Gal/Pail | 202.73 | 1,696.48 | 3 years |
| 120252 | Honey US Grade Non-GMO CONV Light Amber 60LB, 5Gal/pail | 200.89975 | 3,848.91 | 3 years |
| 130708 | Orange Juice Concentrate 5 gal/pail (55LB/pail) | 84.38815 | 2,307.55 | 3 years |
| 130763 | Lime Juice Concentrate Clarified 52 Gal/drum | 30.72 | 778.27 | 3 years |
| 130786 | Foodarom - Caramel Flavor WONF MET0003980 Alcohol Free 20 kg/cont | 42.77 | 560.50 | 1 year |
| 130789 | Foodarom - Vanilla Flavor Type Natural MET0004091 Alcohol Free 20 kg/cont | 35.55 | 506.45 | 1 year |
| 130790 | Metarom Flavor - Mint Flavor Type Natural MET0004087 Alcohol Free 20 kg/cont | 42.5579 | 407.78 | 1 year |
| 130969 | Sugar Cane Extra Fine Granulated 50 lbs/bag | 2,707.09 | 1,433.14 | 1 year |
| 131481 | Foodarom - Organic Vanilla Flavor Natural MET0011424 20 kg/cont | 111.49 | 1,353.06 | 1 year |
| 131506 | Foodarom - Honey flavor WONF MET0010724 -44LB/cont | 534.84 | 9,883.22 | 1 year |
| 131508 | Allulose - Dolcia Prima Crystalline, 50LB/bag | 4,582.60 | 7,059.54 | 2 years |
| 131509 | Stevia - Tasteva M, 1kg/pack | 28.60 | 7,328.75 | 2 years |
| 131510 | Stevia - Intesse, 5kg/pack | 4.240909 | 3,437.30 | 2 years |
| 131511 | Stevia - Optimizer 2.1, 5kg/pack | 5 | 2,123.48 | 2 years |
| 131517 | Allulose - Dolcia Prima Syrup liquid, 2800LB/tote | 103,258.00 | 117,631.94 | 2 years |
| | | | $    160,627.08 | |

**Schedule A/B #20**

| Item No. | Description | Cumulative Qty | Cumulative Value |
|---|---|---|---|
| 100092 | Gusseted Bag Silver 500/cs | 80 | 32.33 |
| 120414 | Bag for Bag-in-Box - 2 Gallon-300/case | 3,340.00 | 3,461.76 |
| 130393 | Label RTD - Carolina Honey, 3244/box | 33,489.00 | 1,479.20 |
| 130395 | Label RTD - Green Tea Ginger Twist, 3244/box | 85,399.00 | 3,881.14 |
| 130519 | Label RTD - Hibiscus Tea Sangria, 3244/box | 233,416.24 | 10,381.96 |
| 130759 | Carton 12-Pack RTD | 5,225.00 | 1,776.50 |
| 130943 | Box 2 Gallon BIB Export 14.25"x6.25"x5.875" 500/pallet | 3,463.00 | 4,193.95 |
| 130983 | Label RTD - Green Tea Strawberry Unsweetened | 3,000.00 | 120 |
| 131233 | Tray - Universal 12 Pack RTD - Stapleton | 46,326.00 | 10,077.46 |
| 131249 | Cap Round RTD - 560/case | 1,120.00 | 89.6 |
| 131250 | Glass Bottle Round O-I - 3240/pallet, 144/case | 727,200.00 | 136,277.46 |
| 131251 | Tray - Universal 12 Pack RTD - Castle 1,800/pallet | 5,400.00 | 991.32 |
| 131280 | Label Tray 2.5 x 2 - Carolina Honey RTD - 5000/roll | 4,700.00 | 71.58 |
| 131281 | Label Tray 2.5 x 2 - ChariTea RTD - 5000/roll | 5,000.00 | 50 |
| 131282 | Label Tray 2.5 x 2 - Green Tea Ginger Twist RTD - 5000/roll | 4,000.00 | 58.97 |
| 131283 | Label Tray 2.5 x 2 - MojiTea RTD - 5000/roll | 2,990.00 | 29.9 |
| 131285 | Label Tray 2.5 x 2 - Hibiscus Tea Sangria RTD - 5000/roll | 27,046.00 | 403.51 |
| 131286 | Label Tray 2.5 x 2 - Hibiscus Tea Squeeze RTD - 5000/roll | 16,828.00 | 220.72 |
| 131287 | Label Tray 2.5 x 2 - Ginger Peach Unsweetened RTD - 5000/roll | 5,000.00 | 50 |
| 131288 | Label Tray 2.5 x 2 - Green Tea Strawberry Unsweetened RTD - 5000/roll | 3,222.00 | 32.22 |
| 131289 | Label Tray 2.5 x 2 - Hibiscus Apple Unsweetened RTD - 5000/roll | 310 | 3.1 |
| 131366 | Master Pack - 3 Liter BIB 500/pallet | 1,000.00 | 390 |
| 131512 | Cap Round 48-400 closure RTD - 400/case | 1,326,600.00 | 85,484.59 |
| 131513 | Label RTD - Carolina Honey NEW, 3244/box | 86,647.00 | 3,139.13 |
| 131514 | Label RTD - Green Tea Ginger Twist NEW, 3244/box | 9,391.00 | 338.68 |
| 131515 | Label RTD - Hibiscus Tea Sangria NEW, 3244/box | 178,081.00 | 6,439.80 |
| | | $ | 269,474.88 |

**Schedule A/B #21**

| Item No. | Description | Cumulative Qty | Cumulative Value | Shelf Life |
|---|---|---|---|---|
| 13271 | Carolina Honey Brew BIB 1 - 2Gal Bag | 245 | $ 2,504.74 | 1 year |
| 13274 | Green Tea Ginger Twist Brew BIB 1 - 2Gal Bag | 335.00 | $ 2,427.96 | 1 year |
| 13275 | Hibiscus Cider Brew BIB 1 - 2Gal Bag | 449.00 | $ 4,285.16 | 1 year |
| 13279 | Mojitea Brew BIB 1 - 2Gal Bag | 495.00 | $ 4,287.38 | 1 year |
| 13283 | Pumpkin Chai Brew BIB 1 - 2 Gal Bag | 224 | $ 1,765.15 | 1 year |
| 14329 | Chai Brew BIB  1 - 2Gal Bag | 1,357.00 | $ 10,946.59 | 1 year |
| 14322 | Carolina Honey 13.5oz 12/case RTD | 161,016.00 | $ 100,843.25 | 1 year |
| 14324 | Green Tea Ginger Twist 13.5oz 12/case RTD | 115,356.00 | $ 74,068.34 | 1 year |
| 14328 | Hibiscus Tea Sangria 13.5oz 12/case RTD | 35,484.00 | $ 20,434.78 | 1 year |
| | | | $ 221,563.35 | |

**Schedule A/B #22**

| Item No. | Description | Cumulative Qty | Cumulative Value | Shelf Life |
|---|---|---|---|---|
| 100010 | Armenian Mint - Loose 22LBS/bag | 5,219.00 | $ 18,503.70 | 2 years |
| 100084 | Fruit Sangria - Loose 55LBS/case | 3,340.80 | $ 15,028.57 | 2 years |
| 100091 | Green Tea - Loose 44LBS/case | 2,061.56 | $ 9,355.21 | 2 years |
| 100211 | Masala Chai - Loose, 44LB/case | 213.6 | $ 873.63 | 2 years |
| 100246 | Nilgiri - Loose 35.2 LBS/bag | 3,171.33 | $ 6,186.87 | 2 years |
| 10242 | Shopping Bag Large with Argo Tea Logo – 250 /cs | 49 | $ 6,526.80 | 2 years |
| 10309 | Filio Teapot - 50oz | 20 | $ 2,001.56 | 2 years |
| 10616 | Ginger Puree - Candied Ginger Pulp, 48 lbs/pail | 96.9 | $ 7,367.78 | 2 years |
| 10752 | mono Filio Glass - 50oz (1/case) - Service Use | 42 | $ 1,070.06 | 2 years |
| 110645 | Hibiscus - Loose, 44LB/case | 2,123.50 | $ 4,591.53 | 2 years |
| 13074 | Tea Cup Strainer 12/cs | 2 | $ 7.00 | |
| 130949 | Ribbon Stretch - Silver 16in, 1000/case | 5,000.00 | $ 400.00 | |
| 131395 | Armenian Peppermint Organic - LB Loose 17.6LBS/bag | 47.9325 | $ 413.96 | 2 years |
| 131482 | Sampler Envelope Display Units, Holiday 2017 | 19 | $ 0.19 | |
| 131483 | Sachet Display Units, Winter 2018 | 9 | $ 0.09 | |
| 13285 | Paper Tea Filters 100/box - 48/cs | 45 | $ 99.00 | |
| 13350 | Armenian Mint Bulk, 0.5LB per bag | 23 | $ 90.85 | 2 years |
| 13353 | Green Tea Bulk, 2LB per bag - 4/case | 241 | $ 2,626.90 | 2 years |
| 13354 | Nilgiri Bulk, 2LB per bag - 4/case | 8 | $ 45.60 | 2 years |
| 13355 | Rooibos Bulk, 2LB per bag - 4/case | 1 | $ 9.01 | 2 years |
| 13437 | Filio Strainer for 50oz Teapot | 6 | $ 222.00 | |
| 13911 | Baking Muffin Cup Tulip 1800/pack | 1 | $ 95.68 | |
| 13923 | Matcha Green Tea Powder | 1 | $ 8.25 | 2 years |
| 13943 | Infuser - tea leaf 6/cs | 72 | $ 540.00 | |
| 14064 | Limonello Fruit Blend Bulk, 1LB per bag - 4/case | 8 | $ 45.12 | |
| 14071 | Catering tray & sleeve set - 15/case | 38 | $ 148.20 | |
| 14243 | Mug 16oz glass argo - 6/case | 55 | $ 228.25 | |
| 14403 | Armenian Mint Bulk, 0.5LB per bag | 304 | $ 2,163.46 | 2 years |
| 14410 | Sachet - Green Tea Ginger Twist - 15/box 6/cs | 1,334.00 | $ 2,721.36 | 2 years |
| 14411 | Sachet - Earl Grey Creme - 15/box 6/cs | 265 | $ 553.85 | 2 years |
| 14414 | Sachet - Hibiscus Apple - 15/box 6/cs | 2 | $ 3.88 | 2 years |
| 14415 | Sachet - Masala Chai - 15/box 6/cs | 211 | $ 447.32 | 2 years |
| 14518 | Infuser with Handle 1.8in 24/cs | 44 | $ 57.20 | 2 years |

**Schedule A/B #22**

| Item No. | Description | Cumulative Qty | Cumulative Value | Shelf Life |
|---|---|---|---|---|
| 14635 | Bubble Tea Pearls - Nata de Coco Caramel (8x2kg/cs) | 2,576.00 | $ 26,905.15 | 1.5 years |
| 14637 | Ginger Peach Bulk, 2 lb/bag - 4 bags/cs | 784 | $ 8,206.81 | 2 years |
| 14640 | Hazelnut Chai Bulk, 2 lb/bag - 4 bags/cs | 643 | $ 6,712.92 | 2 years |
| 14641 | Strawberry Pepper Bulk, 2 lb/bag - 4 bags/cs | 4 | $ 42.24 | 2 years |
| 14642 | Green Tea Tropical Bulk, 2 lb/bag - 4 bags/cs | 402 | $ 3,859.20 | 2 years |
| 14643 | Oolong Coconut Bulk, 2 lb/bag - 4 bags/cs | 789 | $ 8,458.08 | 2 years |
| 14645 | Rooibos Goji Berry Bulk, 2 lb/bag - 4 bags/cs | 26 | $ 229.32 | 2 years |
| 14689 | Earl Grey Creme Bulk, 2 lb/bag - 4 bags/cs | 864 | $ 9,347.98 | 2 years |
| 14690 | Fruit Sangria Bulk, 2 lb/bag - 4 bags/cs | 261 | $ 2,661.23 | 2 years |
| 14691 | Mango Mambo Bulk, 2 lb/bag - 4 bags/cs | 57 | $ 464.62 | 2 years |
| 14692 | Green Tea Strawberry Bulk, 2 lb/bag - 4 bags/cs | 166 | $ 1,306.42 | 2 years |
| 14696 | Mate Late Bulk, 2 lb/bag - 4 bags/cs | 53 | $ 407.92 | 2 years |
| 14697 | Hibiscus Apple Bulk, 2 lb/bag - 4 bags/cs | 1 | $ 4.54 | 2 years |
| 14699 | Rooibos Bulk, 2 lb/bag - 4 bags/cs | 46 | $ 626.80 | 2 years |
| 14715 | Strawberry Pepper 120 g Canister 12/cs | 232 | $ 498.80 | 2 years |
| 14722 | Argo Series 3 CommuniTEA Talk Mug 16oz - 6/cs | -1 | $ 27.30 | |
| 14723 | Argo Series 3 CommuniTEA Walk Mug 16oz - 6/cs | 21 | $ 57.33 | |
| 14726 | Green Tea Bulk, 2 lbl/bag - 4 bags/cs | 785 | $ 11,680.80 | 2 years |
| 14727 | Masala Chai 125 g Canister 12/cs | 1 | $ 2.56 | 2 years |
| 14732 | Winter Spice, 2 lb/bag - 4 bags/cs | 8 | $ 58.40 | 2 years |
| 14733 | Nilgiri Black Tea Bulk, 2 lb/bag - 4 bags/cs | 869 | $ 5,767.44 | 2 years |
| 14792 | SpecialTea Gift Box 50/cs | 39 | $ 3,205.80 | |
| 14793 | Sachet Sampler Tray  50/cs | 27 | $ 2,417.31 | |
| 14807 | Rooibos Chai Bulk, 2 lb/bag - 4 bags/cs | 52 | $ 821.08 | 2 years |
| 14876 | Genmaicha Bulk, 2 lb/bag - 4 bags/cs | 91 | $ 981.66 | 2 years |
| 14881 | Limonello 3.9oz BLT 12/cs | 58 | $ 141.52 | 2 years |
| 14932 | Mug Sparkling Red | -6 | $ 81.75 | |
| 14968 | Argo Series 4 Wellness Green Mug 16oz - 6/cs | 520 | $ 1,492.40 | |
| 14969 | Argo Series 4 Wellness Orange Mug 16oz - 6/cs | 393 | $ 1,127.91 | |
| 14970 | Argo Series 4 Wellness Blue Mug 12oz - 6/cs | 471 | $ 1,158.66 | |
| 14971 | Argo Series 4 Wellness Purple Mug 12oz - 6/cs | 557 | $ 1,370.22 | |
| 14982 | Argo New York Mug 12oz - 6/cs | 635 | $ 1,485.90 | |
| 14984 | Argo New York Mug 16oz - 6/cs | 447 | $ 1,220.31 | |

**Schedule A/B #22**

| Item No. | Description | Cumulative Qty | Cumulative Value | Shelf Life |
|---|---|---|---|---|
| 14994 | Rooibos Goji Berry 4.5oz BLT 12/cs | 530 | $ 1,325.00 | 2 years |
| 15012 | White Peach 4.3oz BLT 12/cs | 119 | $ 360.57 | 2 years |
| 15013 | Rooibos Chai 4.5oz BLT 12/cs | 2 | $ 4.96 | 2 years |
| 15014 | Blueberry White 2.1oz BLT 12/cs | 5 | $ 11.30 | 2 years |
| 15021 | CAST Teacup & Stainless Steel Saucer 24/cs | -2 | $ 104.50 | |
| 15035 | Garden Direct - First Flush Darjeeling White Rose 2.1oz BLT 12/cs | 55 | $ 185.90 | 2 years |
| 15036 | Garden Direct - 2nd Flush Darjeeling Happy Valley 2.1oz BLT 12/cs | 112 | $ 433.44 | 2 years |
| 15037 | Garden Direct - Second Flush Assam Jamguri 4.4oz BLT 12/cs | 85 | $ 402.90 | 2 years |
| 15040 | Garden Direct - Oolong Formosa 3.2oz BLT 12/cs | 25 | $ 65.50 | 2 years |
| 15041 | Garden Direct - Yunnan Black Tea 4.4oz BLT 12/cs | 276 | $ 1,255.80 | 2 years |
| 15042 | Garden Direct - Sejak Green Tea 3.2oz BLT 12/cs | 131 | $ 493.87 | 2 years |
| 15043 | Garden Direct - Hong Cha Black Tea 2.1oz BLT 12/cs | 546 | $ 2,631.72 | 2 years |
| 15044 | Garden Direct - Pu-erh Royal Palace 4.4oz BLT 12/cs | 139 | $ 843.73 | 2 years |
| 15045 | Garden Direct - Guranse Black Tea 3.2oz BLT 12/cs | 40 | $ 107.60 | 2 years |
| 15046 | Garden Direct - Ceylon Black Tea 3.5oz BLT 12/cs | 28 | $ 87.64 | 2 years |
| 15050 | Garden Direct - Genmaicha 4.9oz BLT 12/cs | 76 | $ 203.68 | 2 years |
| 15051 | Garden Direct - Houjicha Green Tea 3.5oz BLT 12/cs | 244 | $ 907.68 | 2 years |
| 15053 | Garden Direct - Sencha Green Tea 4.9oz BLT 12/cs | 61 | $ 160.43 | 2 years |
| 15054 | Garden Direct - Chamomile Blossoms 1.8oz BLT 12/cs | 57 | $ 102.60 | 2 years |
| 15055 | Garden Direct - Armenian Mint 1.8oz BLT 12/cs | 15 | $ 25.50 | 2 years |
| 15056 | Garden Direct - Rooibos 3.9oz BLT 12/cs | 8 | $ 14.55 | 2 years |
| 15057 | Garden Direct - Hibiscus Tea Fair Trade 3.2oz BLT 12/cs | -13 | $ 18.86 | 2 years |
| 15058 | Garden Direct - Matcha 3.5oz Tin 12/cs | 82 | $ 690.44 | 2 years |
| 15074 | Argo Tote Box (SpecialTea Gift Box) - 50/cs | 153 | $ 22,720.50 | |
| 15077 | Wellness Tea "Renew" Bulk, 1.5LB per bag - 4/cs | 26 | $ 199.94 | 2 years |
| 15079 | Wellness Tea "Relax" Bulk, 1.5LB per bag - 4/cs | 3 | $ 24.48 | 2 years |
| 15083 | Pina Colada Bulk, 2LB per bag - 4/cs | 4 | $ 36.04 | 2 years |
| 15085 | Box Tea Trio 50/case | 14.8 | $ 3,411.40 | |
| 15091 | Perfect Pull Bow Ivory 50/cs | 22 | $ 364.10 | |
| 15124 | Wellness Tea "Renew" Bulk, 2LB per bag - 2/cs | 80 | $ 680.80 | 2 years |
| 15125 | Wellness Tea "Detox" Bulk, 2LB per bag - 2/cs | 1 | $ 7.54 | 2 years |
| 15126 | Wellness Tea "Relax" Bulk, 2LB per bag - 2/cs | 98 | $ 522.34 | 2 years |
| 15133 | Green Tea Pacific Pearl Bulk, 2LB per bag - 2/cs | 6 | $ 60.90 | 2 years |

**Schedule A/B #22**

| Item No. | Description | Cumulative Qty | Cumulative Value | Shelf Life |
|---|---|---|---|---|
| 15134 | Happy Chai Bulk, 2LB per bag - 2/cs | 38 | $ 684.38 | 2 years |
| 15135 | Limon Mint Bulk, 2LB per bag - 2/cs | 108 | $ 575.64 | 2 years |
| 15136 | Pina Colada Bulk, 2LB per bag - 2/cs | 21 | $ 189.21 | 2 years |
| 15158 | Sachet Garden Direct - English Breakfast - 15/box 6/cs | 123 | $ 156.21 | 2 years |
| 15159 | Sachet Garden Direct - Armenian Mint - 15/box 6/cs | 19 | $ 45.60 | 2 years |
| 15160 | Sachet Garden Direct - Chamomile Blossoms - 15/box 6/cs | 136 | $ 322.32 | 2 years |
| 15161 | Sachet Garden Direct - First Flush Darjeeling - 15/box 6/cs | 340 | $ 1,057.40 | 2 years |
| 15162 | Sachet Garden Direct - Sencha Green Tea - 15/box 6/cs | 309 | $ 871.38 | 2 years |
| 15171 | Sachet Iced Tea - Ginger Peach - 15/box 6/cs | 648 | $ 1,587.60 | 2 years |
| 15172 | Sachet Iced Tea - Green Tea Pacific Pearl - 15/box 6/cs | 1,485.00 | $ 4,068.90 | 2 years |
| 15173 | Sachet Iced Tea - Pina Colada - 15/box 6/cs | 1,283.00 | $ 3,297.31 | 2 years |
| 15184 | Wellness Tea Detox 105 g canister 6/cs | 100 | $ 256.00 | 2 years |
| 15186 | Green Tea Pacific Pearl 130 g canister 6/cs | 151 | $ 395.62 | 2 years |
| 15187 | Happy Chai canister 185 g 6/cs | 63 | $ 161.28 | 2 years |
| 15188 | Limon Mint 120 g canister 6/cs | 32 | $ 85.12 | 2 years |
| 15189 | Pina Colada 135 g canister 6/cs | 52 | $ 105.56 | 2 years |
| 15192 | Green Tea Tropical 4.1oz BLT 12/cs | 164 | $ 391.96 | 2 years |
| 15204 | Green Tea Pacific Pearl Sample Pack 20/cs | 100 | $ 33.00 | 2 years |
| 15226 | Wellness Tea "Relax" Sample Pack 20/cs | 20 | $ 6.60 | 2 years |
| 15228 | Garden Direct - Rooibos Sample Pack 20/cs | 740 | $ 229.40 | 2 years |
| 15232 | Garden Direct - Ceylon Sample Pack 20/cs | 1,000.00 | $ 370.00 | 2 years |
| 15233 | Garden Direct - Chamomile Blossoms Sample Pack 20/cs | 560 | $ 184.80 | 2 years |
| 15234 | Garden Direct - English Breakfast Sample Pack 20/cs | 680 | $ 217.60 | 2 years |
| 15236 | Garden Direct - Guranse Sample Pack 20/cs | 920 | $ 331.20 | 2 years |
| 15240 | Garden Direct - Oolong Formosa Sample Pack 20/cs | 1,300.00 | $ 429.00 | 2 years |
| 15244 | Garden Direct - White Tea Pai Mutan Sample Pack 20/cs | 960 | $ 336.00 | 2 years |
| 15248 | Garden Direct - Hibiscus Sample Pack 20/cs | 1,220.00 | $ 378.20 | 2 years |
| 15250 | Garden Direct - Hong Cha Sample Pack 20/cs | 840 | $ 453.60 | 2 years |
| 15251 | Star Anise 7.5oz Jar | 20 | $ 105.20 | 2 years |
| 15262 | Teapot, Natural 40oz. | -4 | $ 55.00 | |
| 15266 | Jian TaiGong Tea Bag Holder 12/cs | 8 | $ 72.00 | |
| 15273 | Shopping Bag - Argo Tea Paper Twist Handle New Design 200/cs | 10 | $ 1,085.50 | |
| 15275 | Peppermint Chips All Natural - 24 bags/cs | 24 | $ 58.56 | |

**Schedule A/B #22**

| Item No. | Description | Cumulative Qty | Cumulative Value | Shelf Life |
|---|---|---|---|---|
| 15282 | White Tea Bulk, 2lb/bag - 2 bags/cs | 597.5 | $ 7,788.78 | 2 years |
| 15283 | Paper Cups Imperial - Argo 12oz 1000/cs | 1 | $ 57.35 | |
| 15335 | Teapot Saara (Lime) 17 fl oz/.5L | 8 | $ 63.20 | |
| 15338 | Matcha Set Michiko | -5 | $ 57.00 | |
| 15339 | Teapot Nova - 40.6 fl oz/1.2L | 10 | $ 187.50 | |
| 15340 | Tea Ball Frosty - 12/case | 11 | $ 28.60 | |
| 15342 | Pump for Syrups - Amoretti Gold | 3 | $ 0.03 | |
| 15343 | Matcha Cooking Grade bag | 24 | $ 325.35 | 2 years |
| 15447 | Black Tea #145 - 1lb/bag | 30 | $ 111.00 | 2 years |
| 15450 | Giftset - Single Estate Teas | 5 | $ 106.85 | 2 years |
| 15456 | Hibiscus Bulk, 1 lb/bag | 15 | $ 85.03 | 2 years |
| 15457 | Uniform - Argo Tea hat, black with logo | 17 | $ 142.49 | |
| | | | $ 251,279.80 | |

Schedule A/B #60

## TRADEMARKS

| Mark | Jurisdiction | Serial No. | Filing Date | Registration No. | Registration Date |
|---|---|---|---|---|---|
| TEAPPUCCINO | US | 86070769 | 09/20/2013 | 4546888 | 06/10/2014 |
| TEA-NA COLADA | US | 86006930 | 07/10/2013 | 4813386 | 09/15/2015 |
| TEAMOSA | US | 85660243 | 06/25/2012 | 4299388 | 03/05/2013 |
| RED VELVET | US | 85747177 | 10/05/2012 | 4346454 | 06/04/2013 |
| MOJITEA | US | 85747125 | 10/05/2012 | 4346452 | 06/04/2013 |
| PUMPKIN CHAI | US | 85734181 | 09/20/2012 | 4346073 | 06/04/2013 |
| TEA + INGREDIENTS WITH PURPOSE | US | 85296485 | 04/15/2011 | 4104572 | 02/28/2012 |
| MANGO MATECCINO | US | 85747226 | 10/05/2012 | 4808866 | 09/08/2015 |
| SMOOTEA | US | 78457650 | 07/27/2004 | 3065190 | 03/07/2006 |
| LOYALTEA | US | 77929396 | 02/05/2010 | 3856138 | 10/05/2010 |
| VALENTEA PASSION | US | 77666479 | 02/09/2009 | 3711430 | 11/17/2009 |
| WHITE TEA ACAI SQUEEZE | US | 77666530 | 02/09/2009 | 3711431 | 11/17/2009 |
| HIBISCUS STEAMER | US | 77674631 | 02/20/2009 | 3711457 | 11/17/2009 |
| CAROLINA HONEY | US | 77666406 | 02/09/2009 | 3711428 | 11/17/2009 |
| TEA SPARKLE | US | 77666597 | 02/09/2009 | 3704625 | 11/03/2009 |
| TEA SANGRIA | US | 77666588 | 02/09/2009 | 3704624 | 11/03/2009 |
| TEA SQUEEZE | US | 77666352 | 02/09/2009 | 3704622 | 11/03/2009 |
| CHARITEA | US | 77553770 | 08/22/2008 | 3598240 | 03/31/2009 |
| GREEN TEA GINGER TWIST | US | 77666568 | 02/09/2009 | 3672569 | 08/25/2009 |
| WHITE FROSTEA | US | 77666390 | 02/09/2009 | 3869064 | 11/02/2010 |
|  | US | 77375773 | 01/18/2008 | 3539708 | 12/02/2008 |
| ARGO TEA | US | 77373558 | 01/16/2008 | 3498430 | 09/09/2008 |

| Mark | Jurisdiction | Serial No. | Filing Date | Registration No. | Registration Date |
|---|---|---|---|---|---|
| ARGO | US | 77373439 | 01/16/2008 | 3498428 | 09/09/2008 |
| ARGO | Algeria | 121228 | 04/05/2012 | 82190 | 04/05/2012 |
| ARGO | Bahrain | 92585 | 06/19/2012 | 82190 | 06/19/2012 |
| ARGO TEA | Canada | 1693376 | 09/11/2014 | TMA980439 | 09/13/2017 |
| ARGO | Jordan | 123290 | 04/03/2012 | 123290 | 04/01/2013 |
| ARGO | Kuwait | 134569 | 11/07/2012 | 134569 | 09/22/2013 |
| ARGO | Lebanon | 4366 | 05/15/2012 | 143044 | 05/21/2012 |
| ARGO | Oman | 73798 | 11/04/2012 | 73798 | 03/19/2013 |
| ARGO | Qatar | 75439 | 06/18/2012 | 75439 | 06/18/2012 |
| ARGO | Saudi Arabia | 143307116 | 04/30/2012 | 1441/11 | 05/15/2013 |
| ARGO | Turkey | 2012/32042 | 04/02/2012 | 2012/32042 | 04/04/2012 |
| ARGO TEA CAFE | United Arab Emirates | 210438 | 04/23/2014 | 210438 | 10/12/2017 |
| ARGO | United Arab Emirates | 171813 | 04/09/2012 | 171813 | 11/19/2013 |
| ARGO | WIPO (Designations: China, European Union-EUTM, India, Japan, Republic of Korea, Russia) | 1186822 | 11/15/2013 | 1186822 | 11/15/2013 |

## PATENTS

| Title | Application No. | Filing Date | Patent No. | Issue Date |
|---|---|---|---|---|
| BOTTLE | 29373435 | 04/07/2011 | D662422 (U.S.) | 06/26/2012 |
| BOTTLE | 201130342459.70 | 09/26/2011 | ZL201130342459.7 (China) | 05/02/2012 |
| BOTTLE | 1922675 | 09/26/2011 | 001922675-001 (RCD) | 09/26/2011 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Golden Fleece Beverages, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | **21-12228** |

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended Schedule
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 29, 2021**          x  *Candace A. MacLeod*
                                        Signature of individual signing on behalf of debtor

                                        **Candace MacLeod**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy